# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JANE ROE ET AL., | ) | Case No. 1:22-cv-00376-MWM |
| | ) | |
| Plaintiffs, | ) | Judge Matthew W. McFarland |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF TIMOTHY R. BRICKER
## ON BEHALF OF DEFENDANT UNIVERSITY OF CINCINNATI

Please take notice that Timothy R. Bricker of the law firm Carpenter Lipps & Leland LLP, 280 Plaza, Suite 1300, 280 North High Street, Columbus, Ohio 43215, hereby enters an appearance as co-counsel on behalf of defendant University of Cincinnati.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

By: /s/ Timothy R. Bricker
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant University of Cincinnati*

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was filed electronically on August 8, 2022. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

                                               /s/ Timothy R. Bricker
                                               Timothy R. Bricker

                                               *Co-Counsel for Defendant University of Cincinnati*