**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JANE ROE ET AL., | ) | Case No. 1:22-cv-00376-MWM |
| | ) | |
| Plaintiffs, | ) | Judge Matthew W. McFarland |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION OF DEFENDANT UNIVERSITY OF CINCINNATI
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

Pursuant to S.D. Ohio Civ. R. 7.3(a), defendant University of Cincinnati ("UC") hereby moves this Court for an order granting an extension of time through and including August 22, 2022, to respond to plaintiffs' Motion for Leave to Proceed Anonymously (Doc. 2).  The requested extension is unopposed.

Plaintiffs commenced this action with the filing of their complaint on June 30, 2022 (Doc. 1).  The undersigned were appointed as special counsel and signed a waiver of service of the summons and complaint on UC's behalf on July 18, 2022 (Doc. 3).  UC's deadline to move, answer, or otherwise respond to the complaint is August 29, 2022.  The short extension of time to respond to plaintiffs' Motion for Leave to Proceed Anonymously (Doc. 2) is requested to allow special counsel adequate time to confer with its client to determine UC's position with respect to the motion.  The extension will not prejudice the parties or the Court or cause undo delay of the proceedings.  Pursuant to S.D. Ohio Civ. R. 7.3(as), special counsel for UC has conferred with counsel for plaintiffs, who has indicated he does not oppose the requested extension.

Pursuant to S.D. Ohio Civ. R. 7.3(a) and 7.4, a proposed order granting this unopposed

motion is attached hereto.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

By:     /s/ Michael H. Carpenter
        Michael H. Carpenter (0015733) (Trial Attorney)
        Timothy R. Bricker (0061872)
        Michael N. Beekhuizen (0065722)
        David J. Barthel (0079307)
        CARPENTER LIPPS AND LELAND LLP
        280 Plaza, Suite 1300
        280 North High Street
        Columbus, OH 43215
        Phone: (614) 365-4100
        Fax: (614) 365-9145
        E-mail:carpenter@carpenterlipps.com
                bricker@carpenterlipps.com
                beekhuizen@carpenterlipps.com
                barthel@carpenterlipps.com

        *Special Counsel for Defendant University of
        Cincinnati*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a copy of the foregoing was filed electronically on August 8, 2022.  Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant University of Cincinnati*

3