# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JANE ROE ET AL., ) | Case No. 1:22-cv-00376-MWM |
| ) | |
| Plaintiffs, ) | Judge Matthew W. McFarland |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF CINCINNATI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT UNIVERSITY OF CINCINNATI'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Defendant University of Cincinnati ("UC") does not oppose Plaintiffs' Motion for Leave to Proceed Anonymously (Doc. 2). In addition to protecting the anonymity of Plaintiffs, however, UC also believes that pseudonyms should be substituted for the initials of the non-party students identified in Plaintiffs' Complaint (Doc. 1). The parties have conferred about this issue. Plaintiffs do not believe the use of initials was improper, but also do not oppose what UC proposes to protect the anonymity of non-party students. As a result of discussions, the parties have agreed in principle to a proposed plan to preserve the anonymity of Plaintiffs and any other student witnesses, subject to the Court's approval. Subject to the Court's approval, on or before Friday, August 26, 2022, UC will submit to the Court a proposed Order and related Motion that UC anticipates will be unopposed by Plaintiffs and is intended to protect the anonymity of Plaintiffs and other UC students referenced in Plaintiffs' Complaint.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail:carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant University of Cincinnati*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on August 22, 2022. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant University of Cincinnati*