**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JANE ROE ET AL., | ) | Case No. 1:22-cv-00376-MWM |
| | ) | |
| Plaintiffs, | ) | Judge Matthew W. McFarland |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED CONSENT FOR LEAVE TO PLEAD**
**IN RESPONSE TO THE COMPLAINT FOR**
**DEFENDANT UNIVERSITY OF CINCINNATI**

Pursuant to S.D. Ohio Civ. R. 6.1(a), plaintiffs and defendant University of Cincinnati ("UC") hereby stipulate to a 21-day extension for UC to move, answer, or otherwise plead in response to plaintiffs' Complaint (Doc. 1), up to, and including, Monday, September 19, 2022.  No prior extensions to respond to a pleading under Fed. R. Civ. P. 7(a) have been sought or granted with respect to UC in the above-captioned matter, and the requested extension does not exceed 21 days.

Respectfully submitted,

/s/ Joshua Engel
by /s/ Michael H. Carpenter
per email authorization (08/24/2022)
Joshua Adam Engel (OH 0075769)
(Trial Attorney)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

Scott O'Reilly (OH 0075717)
ENGEL AND MARTIN, LLC
2908 Victoria Ave.
Cincinnati, OH 45208
(513) 446-9377
soreilly@engelandmartin.com

*Attorneys for Plaintiffs*

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
(Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail:carpenter@carpenterlipps.com
        bricker@carpenterlipps.com
        beekhuizen@carpenterlipps.com
        barthel@carpenterlipps.com

*Special Counsel for Defendant University of Cincinnati*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on August 25, 2022.  Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant University of Cincinnati*