THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANE ROE ET AL., | Case No. 1:22-cv-00376-MWM |
| Plaintiffs, | Judge Matthew W. McFarland |
| v. | |
| UNIVERSITY OF CINCINNATI, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

At the request of the plaintiffs and with defendant's non-opposition (ECF No. 2), it is **ORDERED** as follows:

1. The public-facing, e-filed Complaint (Doc. 1) currently identifies non-party students by their initials. Accordingly, the clerk is directed to re-file the Complaint (Doc. 1) under seal.

2. Within seven (7) days of the date of this Order, plaintiffs shall (1) re-file a public version of the Complaint (Doc. 1) that shall be identical to the original Complaint (Doc. 1), except that the non-party students' initials shall be redacted; and (2) provide the true names of the plaintiffs and non-party students to counsel of record for UC. Plaintiffs Motion for Leave to Proceed Anonymously is GRANTED and Plaintiffs are permitted to proceed anonymously.

3. Pursuant to paragraph 1 of this Order, the Clerk is directed to re-file the Complaint (Doc. 1) under seal. The Clerk shall also terminate plaintiffs' Motion for Leave to Proceed Anonymously (Doc. 2).

2

**IT IS SO ORDERED.**

**Dated: _____**

_____
**JUDGE MATTHEW W. MCFARLAND
UNITED STATES DISTRICT JUDGE**