THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANE ROE ET AL., ) | Case No. 1:22-cv-00376-MWM |
| ) | |
| Plaintiffs, ) | Judge Matthew W. McFarland |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF CINCINNATI, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

At the request of the plaintiffs and with defendant's non-opposition (ECF No. 2), it is **ORDERED** as follows:

1. The public-facing, e-filed Complaint (Doc. 1) currently identifies non-party students by their initials. Accordingly, the clerk is directed to seal the Complaint (Doc. 1).

2. Within seven (7) days of the date of this Order, plaintiffs shall (1) re-file a public version of the Complaint (Doc. 1) that shall be identical to the original Complaint (Doc. 1), except that the non-party students' initials shall be redacted; and (2) provide the true names of the plaintiffs and non-party students to counsel of record for UC. Plaintiffs Motion for Leave to Proceed Anonymously is GRANTED and Plaintiffs are permitted to proceed anonymously.

3. Pursuant to paragraph 1 of this Order, the Clerk is directed to seal the Complaint (Doc. 1). The Clerk shall also terminate plaintiffs' Motion for Leave to Proceed Anonymously (Doc. 2).

IT IS SO ORDERED.

Dated: 8/29/22

JUDGE MATTHEW W. MCFARLAND
UNITED STATES DISTRICT JUDGE