## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

JANE ROE, ET AL

Plaintiffs

v.

UNIVERSITY OF CINCINNATI,

Defendant

Case No. 1:22-cv-00376-MWM

Judge: Matthew W. McFarland

NOTICE OF FILING OF
REDACTED COMPLAINT

 

Pursuant to the Court's August 30, 2022 Order, Plaintiffs hereby provide notice of the filing of the accompanying redacted Complaint.

Respectfully submitted,

 /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
Scott O'Reilly (OH 0075717)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF System this September 3, 2022 upon all counsel of record.

 /s/ Joshua Engel
Joshua Adam Engel (0075769)

1