# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JANE ROE ET AL., ) | Case No. 1:22-cv-00376-MWM |
| ) | |
| Plaintiffs, ) | Judge Matthew W. McFarland |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF CINCINNATI, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT UNIVERSITY OF CINCINNATI'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR
### OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Civ. R. 6.1 governing extensions of time, defendant University of Cincinnati ("UC") hereby requests a 14-day extension of time, through and including October 28, 2022, for UC to move, answer, or otherwise respond to plaintiffs' Amended Complaint filed on September 30, 2022 (Doc. 15). Pursuant to S.D. Ohio Civ. R. 7.3(a), counsel for UC have conferred with counsel for plaintiffs, who has indicated he does not oppose the requested extension.

Plaintiffs commenced this action with the filing of their original complaint on June 30, 2022 (Doc. 1). On August 30, 2022, the Court granted plaintiffs' unopposed motion for leave to proceed anonymously. (Doc. 12). On September 19, 2022, UC filed a motion to dismiss plaintiffs' complaint (Doc. 14). In response to UC's motion to dismiss, plaintiffs filed an amended complaint on September 30, 2022 (Doc. 15). UC's current deadline to move, answer, or otherwise respond to the amended complaint is October 14, 2022. Fed. R. Civ. P. 15(a)(3).

The short, 14-day extension of the October 14, 2022 deadline, through and including October 28, 2022, is requested to allow counsel for UC adequate time to move, answer, or otherwise respond to plaintiffs' amended complaint, given the number of deadlines UC's counsel

faces in other matters. The extension will not prejudice the parties or the Court or cause undo delay of the proceedings. The requested extension is unopposed.

For the Court's convenience, and pursuant to S.D. Ohio Civ. R. 7.3(a) and 7.4, a proposed order granting this unopposed motion for an extension is attached hereto.

Accordingly, UC respectfully requests that the Court enter an order granting it a 14-day extension of time, through and including October 28, 2022, for UC to move, answer, or otherwise respond to plaintiffs' Amended Complaint (Doc. 15).

        Respectfully submitted,

        DAVE YOST
        ATTORNEY GENERAL OF OHIO

By:   /s/ Michael H. Carpenter
       Michael H. Carpenter (0015733) (Trial Attorney)
       Timothy R. Bricker (0061872)
       Michael N. Beekhuizen (
       David J. Barthel (0079307)
       Michael B. Rogers (0098948)
       CARPENTER LIPPS AND LELAND LLP
       280 Plaza, Suite 1300
       280 North High Street
       Columbus, OH 43215
       E-mail: carpenter@carpenterlipps.com
             bricker@carpenterlipps.com
             beekhuizen@carpenterlipps.com
             barthel@carpenterlipps.com
             rogers@carpenterlipps.com

       Special Counsel for Defendant
       University of Cincinnati

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was filed electronically on October 7, 2022. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant University of Cincinnati*