# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JANE ROE ET AL., | ) | Case No. 1:22-cv-00376-MWM |
| | ) | |
| Plaintiffs, | ) | Judge Matthew W. McFarland |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT UNIVERSITY OF CINCINNATI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Upon review of defendant University of Cincinnati's ("UC") Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiffs' Amended Complaint (Doc. 17), for good cause shown, the unopposed motion is **GRANTED**. UC's deadline to move, answer, or otherwise respond to plaintiffs' Amended Complaint (Doc. 15) is extended to October 28, 2022.

**IT IS SO ORDERED.**


Dated: _____                    _____
                                          **JUDGE MATTHEW W. MCFARLAND**
                                          **UNITED STATES DISTRICT JUDGE**