EXHIBIT
A

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JANE ROE, et al. | ) | Case No. 1:22-cv-00376 |
| | ) | |
| Plaintiffs, | ) | Judge Matthew W. McFarland |
| | ) | |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DAVID J. BARTHEL IN SUPPORT OF
## DEFENDANT UNIVERSITY OF CINCINNATI'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

I, David J. Barthel, declare as follows:

1.      I am over the age of eighteen (18) years, of sound mind, and competent to make this declaration and testify to the matters stated within.  I am a partner of the law firm Carpenter Lipps & Leland LLP and one of the attorneys representing Defendant University of Cincinnati ("University") in the above-captioned action.  I make this declaration based on my personal knowledge and information that has been provided to me.

2.      I submit this declaration in connection with the University's Motion to Dismiss the Amended Complaint of plaintiffs Jane Roe and Karen Soe.

3.      A true and accurate copy of the *Ex Parte* Civil Protection Order issued by the Hamilton County Court of Common Pleas on November 1, 2021 is attached as Attachment A-1. The redacted petitioner refers to Plaintiff Jane Roe, and the redacted respondent refers to John Doe.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: October 26, 2022

David J. Barthel

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*

**ENTERED**
**NOV 01 2021**

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

**Att. A-1**

## Order of Protection

Per R.C. 2903.214(F)(3), this Order is indexed at

**HAMILTON COUNTY SHERIFF'S OFFICE**
**CENTRAL WARRANT UNIT**

LAW ENFORCEMENT AGENCY WHERE INDEXED

**· (513) 946 - 6200**

PHONE NUMBER

Case No. **SK 2 1 0 1 2 4 4**

YOU MUST APPEAR BEFORE A MAGISTRATE
IN HEARING ROOM 585 or ROOM 424

Judge/Magistrate

State **OHIO**

☐ CIVIL STALKING PROTECTION ORDER *EX PARTE*
(R.C. 2903.214)

☒ CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION
ORDER EX *PARTE* (R.C. 2903.214)

| PETITIONER (YOU): | PERSON(S) PROTECTED BY THIS ORDER: |
|---|---|

Petitioner: ▮▮▮▮▮▮ DOB: ▮▮▮▮
Petitioner's Family or Household Members:
(☐ Additional forms attached.)

| First | Middle | Last |
|---|---|---|

DOB: _____
DOB: _____
DOB: _____
DOB: _____

**v.**

**RESPONDENT:**

| | First | Middle | Last |
|---|---|---|---|

Relationship to Petitioner: Classmate
Address where Respondent can be found: ___ 17

| | RESPONDENT IDENTIFIERS | | |
|---|---|---|---|
| SEX | RACE | HGT | WGT |
| M | Black | 6'4" | 175 |
| EYES | HAIR | | DOB |
| Brown | Black | | ▮▮▮▮ |
| DRIVER'S LIC. NO. | | EXP. DATE | STATE |

Distinguishing Features: _____

☐ **WARNING TO LAW ENFORCEMENT: RESPONDENT HAS FIREARMS ACCESS – PROCEED WITH CAUTION**

Violence Against Women Act, 18 U.S.C. 2265, Federal Full Faith & Credit Declaration: Registration ⊘
for enforcement.

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter, and Respondent will be provided with reas⊘
opportunity to be heard within the time required by Ohio law. **Additional findings of this Order are** ⊘

**THE COURT HEREBY ORDERS:**
That the above named Respondent be restrained from committing acts of abuse or threats of abuse against Petitioner and other
protected persons named in this Order. Additional terms of this Order are set forth below.


D133331884

The terms of this Order shall be effective until ____11__/__1__/__22____
UNLESS
EXTENDED BY
SEPARATE ENTRY

Nestor
Equity Judge

WARNING TO RESPONDENT: See the warning page attached to the front of this Order.

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 2 of 5 Form 10.03-E]     SK 2 1 0 1 2 4 4
Case No.

This proceeding came on for an *ex parte* hearing on ____ 11 / 1 / 21 ____ (Respondent not
being present), upon the filing of a Petition by Petitioner for a ☐ civil stalking protection order or ☒ civil sexually
oriented offense protection order against Respondent, pursuant to R.C. 2903.214. In accordance with R.C.
2903.214(D)(1), the Court held an *ex parte* hearing not later than the next day that the Court was in session after
the Petition was filed.

The Court finds that the protected persons herein are in immediate and present danger and, for good cause shown,
the following temporary orders are necessary to protect the persons named in this Order.

**The Court also finds**

_____

_____

_____

_____

☐ **Additional findings on a separate page are included and attached herein.**

**RESPONDENT SHALL NOT ABUSE, harm,** attempt to harm, threaten, follow, stalk, harass, force sexual relations

upon, or commit sexually oriented offenses against the protected persons named in this Order. [NCIC 01 and 02]

ALL OF THE PROVISIONS CHECKED BELOW ALSO APPLY TO RESPONDENT

☒ **1. RESPONDENT SHALL NOT ENTER** or interfere with the residence, school, business, place of
employment, day care centers, or child care providers of the protected persons named in this Order,
including the buildings, grounds, and parking lots at those locations. Respondent may not violate this
Order even with the permission of a protected person. [NCIC 04]

☒ **2. RESPONDENT SHALL NOT INTERFERE** with protected persons' right to occupy the residence
including, but not limited to canceling utilities or insurance or interrupting telecommunication (e.g.,
telephone, internet, or cable) services, mail delivery, or the delivery of any other documents or items.

☐ **3. RESPONDENT SHALL SURRENDER** all keys and garage door openers to the following residence:

_____

within 24 hours of service of this Order to the law enforcement agency that serves Respondent with
this Order or as follows:

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 3 of 5 Form 10.03-E]

SK 2 1 0 1 2 4 4

Case No._____

☒ 4. **RESPONDENT SHALL STAY AWAY FROM PETITIONER** and all other protected persons named in this Order, and not be present within 500 feet or _____ (distance) of any protected persons wherever those protected persons may be found, or any place Respondent knows or should know the protected persons are likely to be, **even with a protected person's permission**. If Respondent accidentally comes in contact with protected persons in any public or private place, Respondent must depart *immediately*. This Order includes encounters on public and private roads, highways, and thoroughfares. [NCIC 04]

☐ 5. **RESPONDENT SHALL NOT REMOVE, DAMAGE, HIDE, OR DISPOSE OF ANY PROPERTY, COMPANION ANIMALS, OR PETS** owned or possessed by the protected persons named in this Order.

☐ 6. **PETITIONER IS AUTHORIZED TO REMOVE THE FOLLOWING COMPANION ANIMALS OR PETS,** owned by Petitioner, from the possession of Respondent:

_____

Exchange of the listed companion animals or pets shall take place as follows:

_____

_____

☒ 7. **RESPONDENT SHALL NOT INITIATE OR HAVE ANY CONTACT** with the protected persons named in this Order or their residences, businesses, places of employment, schools, day care centers, or child care providers. Contact includes, but is not limited to, landline, cordless, cellular or digital telephone; text; instant messaging; fax; e-mail; voicemail; delivery service; social media; blogging; writings; electronic communications; posting a message; or communications by any other means directly or through another person.

Respondent may not violate this Order **even with the permission of a protected person**. [NCIC 05]

☐ 8. **RESPONDENT SHALL NOT** use any form of electronic surveillance on protected persons.

☒ 9. **RESPONDENT SHALL NOT CAUSE OR ENCOURAGE ANY PERSON** to do any act prohibited by this Order.

☐ 10. **RESPONDENT SHALL NOT POSSESS, USE, CARRY, OR OBTAIN ANY DEADLY WEAPON** at any time while the Order remains in effect for the safety and protection of the protected persons named in this Order. Furthermore, Respondent may be subject to firearms and ammunition restrictions pursuant to 18 U.S.C. 922(g)(1) through (9), 18 U.S.C. 922(n), or R.C. 2923.13. [NCIC 07]

**RESPONDENT IS EXCEPTED** only for official use pursuant to 18 U.S.C. 925(a)(1), if no other firearms and ammunition prohibitions apply.

☐ 11. **RESPONDENT SHALL TURN OVER ALL DEADLY WEAPONS** owned by Respondent or in Respondent's possession

to the law enforcement agency that serves Respondent with this Order no later than _____ or as follows:

_____

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 4 of 5 Form 10.03-E]          SK Case No. 1 0 1 2 4 4

Any law enforcement agency is authorized to accept possession of deadly weapons pursuant to this paragraph and hold them in protective custody for the duration of this Order. [NCIC 07]

Law enforcement shall immediately notify the Court upon receiving Respondent's deadly weapons for protective custody as set forth in this Order.

Upon the expiration or termination of this Order and if a full hearing order is not granted, Respondent may reclaim any deadly weapons held in protective custody by law enforcement pursuant to this Order unless Respondent is otherwise disqualified as verified by a check of the NCIC protection order file.

12. **RESPONDENT'S CONCEALED CARRY WEAPON LICENSE**, if any, is now subject to R.C. 2923.128, and shall be suspended by the Sheriff who issued it.

☐ 13. IT IS FURTHER ORDERED: [NCIC 08]

_____

_____

_____

14. ALL DISCOVERY SHALL STRICTLY COMPLY with Civ.R. 65.1(D).

15. THE CLERK OF COURT SHALL CAUSE A COPY OF THE PETITION, THIS ORDER, AND ANY OTHER ACCOMPANYING DOCUMENTS to be served on Respondent as set forth in Civ.R. 65.1(C)(2). The Clerk of Court shall also provide copies of the Petition and certified copies of this Order to Petitioner upon request.

16. THIS ORDER DOES NOT EXPIRE because of a failure to serve notice of the full hearing upon Respondent before the date set for the full hearing or because the Court grants a continuance, as set forth in R.C. 2903.214(D)(2)(b).

17. IT IS FURTHER ORDERED NO COSTS OR FEES SHALL BE ASSESSED AGAINST PETITIONER for filing, issuing, registering, modifying, enforcing, dismissing, withdrawing, serving, subpoenaing witnesses for, or obtaining a certified copy of this Order. This Order is granted without bond.

IT IS SO ORDERED.

_____
JUDGE / MAGISTRATE

---

**NOTICE TO RESPONDENT**

NO PERSON PROTECTED BY THIS ORDER CAN GIVE YOU LEGAL PERMISSION TO CHANGE OR VIOLATE THE TERMS OF THIS ORDER. IF YOU VIOLATE ANY TERMS OF THIS ORDER EVEN WITH THE PROTECTED PERSON'S PERMISSION, YOU MAY BE HELD IN CONTEMPT OR ARRESTED. ONLY THE COURT CAN CHANGE THIS ORDER. <u>YOU ACT AT YOUR OWN RISK IF YOU DISREGARD THIS WARNING.</u>

[Page 5 of 5 Form 10.03-E]     SK-2-1-0-1-2-4-4
Case #

A FULL HEARING ON THIS ORDER SHALL BE HELD BEFORE JUDGE _____ OR
MAGISTRATE **Rm 585** ON **11. 15. 21**, AT **8:30** (a.m.)/p.m. (WITHIN TEN COURT DAYS)
AT THE FOLLOWING LOCATION: ROOM 585 OR ~~ROOM 424~~, HAMILTON COUNTY COURTHOUSE,
1000 MAIN ST., CINCINNATI, OHIO.

*BE ADVISED THAT YOU NEED TO ARRIVE AT THE COURTHOUSE AT LEAST 30 MINUTES BEFORE YOUR*
*SCHEDULED HEARING TO ALLOW YOU TO GET THROUGH SECURITY AND BE IN COURT ON TIME.*

| | TO THE CLERK: COPIES OF THIS ORDER SHALL BE DELIVERED TO: |
|---|---|
| ☒ | Petitioner on  11-1-22  by  MM  |
| | ☒ Personal  ☐ Certified Mail  ☐ Regular Mail |
| ☐ | Attorney for Petitioner  by |
| | ☐ Personal  ☐ Certified Mail  ☐ Regular Mail |
| ☒ | Respondent on  by |
| | ☒ Personal  ☐ Certified Mail  ☐ Regular Mail |
| ☐ | Attorney for Respondent  by |
| | ☐ Personal  ☐ Certified Mail  ☐ Regular Mail |
| ☒ | Central Warrants (The Protection Order Depository for All Local Law Enforcement Agencies.) |
| ☒ | The Hamilton County Sheriff's Office |
| ☒ | Police Dept. where Petitioner Resides: |
| ☒ | Police Dept. where Petitioner Works: |
| ☐ | Other |
| ☐ | Other |

FORM 10.03-E *CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER EX PARTE*
Amended April 15, 2021
Discard all previous versions of this form

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

**SK 2 1 0 1 2 4 4**

*Petitioner* | Case No.

_Confidential_
Address (Safe mailing address) | Judge/Magistrate

**You Must Appear Before a Magistrate in Room 585 or Room 424**

City, State, Zip Code

Date of Birth:

☐ PETITION FOR CIVIL STALKING PROTECTION ORDER (R.C. 2903.214)

☑ PETITION FOR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER (R.C. 2903.214)

Address (If home address unknown, may be

**COPY FILED**
CLERK OF COURTS
HAMILTON COUNTY

**NOV 0 1 2021**

City, State, Zip Code

Date of Birth:

☑ Respondent is 18 years old or older

COMMON PLEAS COURTS

IF YOU ARE ASKING YOUR ADDRESS TO BE KEPT CONFIDENTIAL, PLEASE PUT A MAILING ADDRESS WHERE YOU CAN SAFELY RECEIVE MAIL. IF YOU ARE A PARTICIPANT IN THE SECRETARY OF STATE'S ADDRESS CONFIDENTIALITY PROGRAM, PLEASE USE THE P.O. BOX ADDRESS GIVEN TO YOU. THIS FORM IS A PUBLIC RECORD.

☐1. I need or a witness needs a foreign language interpreter in _____
or an American Sign Language interpreter per Sup.R. 88.

2. I ☑ want ☐ do not want an *ex parte* (emergency) protection order per R.C. 2903.214(D). Petitioner further requests a full hearing trial be scheduled, even if the *ex-parte* protection order is granted, denied, or is not requested.

☐3. Who needs protection?
☑ Me
☐ My minor children
☐ A family or household member who is not a minor child
☐ Other

4. I have listed below all family or household members who need protection, other than me or the person for whom I am filing the Petition. (Leave blank if you are not including other family or household members.)

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

[Page 2 of 5 Form 10.03-D]    SK 2 1 0 1 2 4 4
Case No. _____

| NAME | DATE OF BIRTH | RELATIONSHIP TO PETITIONER | LIVES WITH PETITIONER |
|------|---------------|----------------------------|------------------------|
|      | /    /        |                            | ☐ YES ☐ NO |
|      | /    /        |                            | ☐ YES ☐ NO |
|      | /    /        |                            | ☐ YES ☐ NO |
|      | /    /        |                            | ☐ YES ☐ NO |
|      | /    /        |                            | ☐ YES ☐ NO |

☐ 5.   Petitioner requests a Civil Stalking Protection Order.

You must describe two or more incidents closely related in time that made you believe that Respondent will cause you physical harm or cause (or has caused) you mental distress.   When did they happen (if you do not know exact dates, give approximate dates)?
If you need more space, attach an additional page.

_____
_____
_____
_____
_____
_____
_____
_____

☒ 6.   Petitioner requests a Civil Sexually Oriented Offense Protection Order.

You must describe what Respondent did to you or the persons named in this Petition as fully as possible. You do not need to prove a pattern of conduct. One act may be enough.
If you need more space, attach an additional page.

sexually touched me multiple times in
classes and rehearsals consistent touching of
breasts and rubbing me down his penis.
These events happened through Sept 2nd - Oct 5th

7.   Petitioner further requests the Court grant relief under R.C. 2903.214 for Petitioner and the family or persons named in this Petition by granting a Civil Stalking Protection Order or Civil Sexually Oriented Offense Protection Order that:

☒ (a)   Directs Respondent to not abuse Petitioner and persons named in this Petition by harming, attempting to harm, threatening, following, stalking, harassing, contacting, forcing sexual relations upon them, or by committing sexually oriented offenses against them.

☒ (b)   Directs Respondent to not enter the residence, school, business, place of employment, child care providers, or day care centers of Petitioner and persons named in this Petition, including the buildings, grounds, and parking lots at those locations.

☐ (c)   Directs Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities or insurance or interrupting phone service, mail delivery, or the delivery of any other documents or items.

FORM 10.03-D:  PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended:  April 15, 2021
Discard all previous versions of this form

[Page 3 of 5 Form 10.03-D]      CASE No. 2 1 0 1 2 4 4

☐ (d)   Directs Respondent not to remove, damage, hide, or dispose of any property, companion animals, or pets owned or possessed by Petitioner and persons named in this Petition.

☐ (e)   Grants Petitioner permission to take Petitioner's companion animals or pets, as described below, away from the possession of Respondent.

☐ (f)   Directs Respondent not to possess, use, carry, or obtain any deadly weapon, firearms, and ammunition.

☒ (g)   Directs Respondent to be electronically monitored, because Respondent's conduct, as explained below, puts the health, welfare, or safety of Petitioner and the persons named in this Petition at risk.  Also, as explained below, Respondent continues to present a danger to Petitioner and the persons named in this Petition.  If you need more space, attach an additional page.

_____
_____
_____

☐ (h)   Includes the following additional provisions:

_____
_____
_____
_____
_____

8.   Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

9.   Petitioner further requests that if Petitioner has a victim advocate, the Court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

10.  Petitioner further requests that the Court grant such other relief designed to ensure the safety and protection of Petitioner and persons named in this Petition.

11.  Petitioner has listed court cases (including divorce, custody, visitation, children service case; pending criminal case or conviction for felonious assault, aggravated assault, assault, aggravated menacing, menacing by stalking, menacing, aggravated trespass; animal cruelty; sexually oriented offenses; no contact order; stay away order, and other protection order) and other legal matters involving Respondent, that may relate to this case:  (If you need more space, attach an additional page.)

| CASE NAME | CASE NUMBER | COURT/COUNTY | RESULT OF CASE |
|-----------|-------------|--------------|----------------|
|           |             |              |                |
|           |             |              |                |
|           |             |              |                |

I swear or affirm that the answers above are true, complete, and accurate to the best of my knowledge. I understand that making false statements in this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and may also subject me to criminal penalties for perjury under R.C. 2921.11.

███████████████████████        10-29-2021
SIGNATURE OF PETITIONER          DATE

FORM 10.03-D:  PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

[Page 4 of 5 Form 10.03-D]

SK 2as3n0 1 2 4 4

IF YOU DO NOT HAVE A LAWYER, PLEASE LEAVE THE INFORMATION BELOW BLANK.

| | |
|---|---|
| Signature of Petitioner's Attorney | Attorney's Registration Number |
| Name of Attorney | Attorney's Telephone |
| Attorney's Address | Attorney's Fax |
| City, State, Zip Code | Attorney's Email |

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

# ORIGINAL

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER

## IN THE COURT OF COMMON PLEAS
### HAMILTON COUNTY, OHIO

▬▬▬▬▬▬▬▬▬▬

Petitioner

Case No.

## SK 2 1 0 1 2 4 4

*Confidential*
Address (Safe mailing address)

Judge/Magistrate

**You Must Appear Before a Magistrate in Room 585 or Room 424**

City, State, Zip Code

Date of Birth:

☐ PETITION FOR CIVIL STALKING PROTECTION ORDER (R.C. 2903.214)

☑ PETITION FOR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER (R.C. 2903.214)

Respondent

Address (If home address unknown, may be

City, State, Zip Code

Date of Birth:

☑ Respondent is 18 years old or older

**IF YOU ARE ASKING YOUR ADDRESS TO BE KEPT CONFIDENTIAL, PLEASE PUT A MAILING ADDRESS WHERE YOU CAN SAFELY RECEIVE MAIL. IF YOU ARE A PARTICIPANT IN THE SECRETARY OF STATE'S ADDRESS CONFIDENTIALITY PROGRAM, PLEASE USE THE P.O. BOX ADDRESS GIVEN TO YOU. THIS FORM IS A PUBLIC RECORD.**

☐1. I need or a witness needs a foreign language interpreter in _____
   or an American Sign Language interpreter per Sup.R. 88.

2. I ☑ want ☐ do not want an *ex parte* (emergency) protection order per R.C. 2903.214(D).
   Petitioner further requests a full hearing trial be scheduled, even if the *ex-parte* protection order is granted, denied, or not requested.

☐3. Who needs protection?
   ☑ Me
   ☐ My minor children
   ☐ A family or household member who is not a minor child
   ☐ Other:

4. I have listed below all family or household members who need protection, other than me or the person for whom I am filing the Petition. (Leave blank if you are not including any other family or household members.)

CLERK OF COURTS HAMILTON COUNTY, OH COMMON PLEAS
2021 NOV -1 AM 9:50

D133329186 INI

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

[Page 2 of 5 Form 10.03-D]     **SK 2 1 0 1 2 4 4**
                                    Case No.

| NAME | DATE OF BIRTH | RELATIONSHIP TO PETITIONER | LIVES WITH PETITIONER |
|------|---------------|----------------------------|------------------------|
|      | / / |  | ☐ YES ☐ NO |
|      | / / |  | ☐ YES ☐ NO |
|      | / / |  | ☐ YES ☐ NO |
|      | / / |  | ☐ YES ☐ NO |
|      | / / |  | ☐ YES ☐ NO |

☐ 5.   Petitioner requests a **Civil Stalking Protection Order**.

You must describe two or more incidents closely related in time that made you believe that Respondent will cause you physical harm or cause (or has caused) you mental distress. When did they happen (if you do not know exact dates, give approximate dates)?
**If you need more space, attach an additional page.**

_____

_____

_____

_____

_____

_____

_____

☒ 6.   Petitioner requests a **Civil Sexually Oriented Offense Protection Order**.

You must describe what Respondent did to you or the persons named in this Petition as fully as possible. You do not need to prove a pattern of conduct. One act may be enough.
**If you need more space, attach an additional page.**
Sexually touched me multiple times in
classes and rehearsals. Consistent touching of
breasts and rubbing me down his penis.
These events -- happened through -Sept 2nd - Oct 5th

7.   Petitioner further requests the Court grant relief under R.C. 2903.214 for Petitioner and the family or persons named in this Petition by granting a Civil Stalking Protection Order or Civil Sexually Oriented Offense Protection Order that:

☒ (a)   Directs Respondent to not abuse Petitioner and persons named in this Petition by harming, attempting to harm, threatening, following, stalking, harassing, contacting, forcing sexual relations upon them, or by committing sexually oriented offenses against them.

☒ (b)   Directs Respondent to not enter the residence, school, business, place of employment, child care providers, or day care centers of Petitioner and persons named in this Petition, including the buildings, grounds, and parking lots at those locations.

☐ (c)   Directs Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities or insurance or interrupting phone service, mail delivery, or the delivery of any other documents or items.

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

[Page 3 of 5 Form 10.03-D]

CASE NO. 2 1 0 1 2 4 4

☐ (d)  Directs Respondent not to remove, damage, hide, or dispose of any property, companion animals, or pets owned or possessed by Petitioner and persons named in this Petition.

☐ (e)  Grants Petitioner permission to take Petitioner's companion animals or pets, as described below, away from the possession of Respondent.

☐ (f)  Directs Respondent not to possess, use, carry, or obtain any deadly weapon, firearms, and ammunition.

☒ (g)  Directs Respondent to be electronically monitored, because Respondent's conduct, as explained below, puts the health, welfare, or safety of Petitioner and the persons named in this Petition at risk. Also, as explained below, Respondent continues to present a danger to Petitioner and the persons named in this Petition. **If you need more space, attach an additional page.**

_____
_____
_____
_____

☐ (h)  Includes the following additional provisions:

_____
_____
_____
_____
_____
_____

8.  Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

9.  Petitioner further requests that if Petitioner has a victim advocate, the Court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

10. Petitioner further requests that the Court grant such other relief designed to ensure the safety and protection of Petitioner and persons named in this Petition.

11. Petitioner has listed court cases (including divorce, custody, visitation, children service case; pending criminal case or conviction for felonious assault, aggravated assault, assault, aggravated menacing, menacing by stalking, menacing, aggravated trespass; animal cruelty; sexually oriented offenses; no contact order; stay away order, and other protection order) and other legal matters involving Respondent, that may relate to this case: (If you need more space, attach an additional page.)

| CASE NAME | CASE NUMBER | COURT/COUNTY | RESULT OF CASE |
|-----------|-------------|--------------|----------------|
|           |             |              |                |
|           |             |              |                |
|           |             |              |                |

I swear or affirm that the answers above are true, complete, and accurate to the best of my knowledge. I understand that making false statements in this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and may also subject me to criminal penalties for perjury under R.C. 2921.11.

██████████████████                    10-29-2021
SIGNATURE OF PETITIONER                _____
                                       DATE

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

[Page 4 of 5 Form 10.03-D]

SK 2<sub>as</sub> N<sub>o</sub> 1 2 4 4

IF YOU DO NOT HAVE A LAWYER, PLEASE LEAVE THE INFORMATION BELOW BLANK.

| | |
|---|---|
| Signature of Petitioner's Attorney | Attorney's Registration Number |
| Name of Attorney | Attorney's Telephone |
| Attorney's Address | Attorney's Fax |
| City, State, Zip Code | Attorney's Email |

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form





D133329184 CLF

| COURT OF COMMON PLEAS HAMILTON COUNTY, OHIO | CLASSIFICATION FORM WWW.COURTCLERK.ORG | AFTAB PUREVAL CLERK OF COURTS |

CASE NUMBER: SK 2 1 0 1 2 4 4     PLAINTIFF: ▮▮▮▮▮▮▮

PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED

UNDER CASE NUMBER:_____ BY JUDGE _____

PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS (please only check one):

Other Tort – C360
Personal Injury – C310
Wrongful Death – C320
Vehicle Accident – C370

Professional Tort – A300
Personal Injury – A310
Wrongful Death – A320
Legal Malpractice – A330
Medical Malpractice – A340

Product Liability – B350
Personal Injury – B310
Wrongful Death – B320

Worker's Compensation
Non-Compliant Employer – D410
Appeal – D420

Administrative Appeals – F600
Appeal Civil Service – F610
Appeal/Motor Vehicle – F620
Appeal Unemployment – F630
Appeal Liquor – F640
Appeal Taxes – F650
Appeal Zoning – F660
Certificate of Qualification – H600

Other Civil – H700-34
Appropriation – H710
Accounting – H720
Beyond Jurisdiction –730
Breach of Contract – 740
Cancel Land Contract – 750
Change of Venue – H760
Class Action – H770
Convey Declared Void – H780
Declaratory Judgment – H790
Discharge Mechanics Lien – H800
Dissolve Partnership – H810
CONSUMER SALES ACT (1345 ORC) – H820
Check here if relief includes declaratory judgment, injunction or class action recovery – H825
Habeas Corpus – H830
Injunction – H840
Mandamus – H850
On Account – H860
Partition – H870
Quiet Title – H880
Replevin – H890
Sale of Real Estate – H900
Specific Performance – 910
Restraining Order – H920
Testimony – H930-21
Environmental – H940
Cognovit – H950
☑ Menacing by Stalking – H960
    | Repo Title – Transfer of Title Only – 970
    | Repo Title – With Money Claim – H980
Injunction Sexual Predator – 990
SB 10 – Termination – H690
SB 10 – Reclassification – H697

CLERK HAMILTON CO COMM
2021 NOV

DATE: NOV 2021

ATTORNEY (PRINT): PRO SE

OHIO SUPREME COURT NUMBER: Z9997

Revised 01/02/2017

# County Writ
# Hamilton County Sheriff's Department



Wednesday, November 3, 2021

| Case No. | Date Received | Type of Paper | Return Date |
|---|---|---|---|
| SK2101244 | 11/1/2021 | Stalking | 11/10/2021 |

**Service On**

████████████████

**Address**

| County | State | Case Caption | |
|---|---|---|---|
| Hamilton | Ohio | ████ VS ████ | |

| Date Served | Time | Deputy | Type of Service | Person Served |
|---|---|---|---|---|
| 11/1/2021 | 13:30 | Junker, Stephen M | Residential | ████ |

| Sheriff Fees | Mileage Fees | Date Paid | Check No. | TOTAL |
|---|---|---|---|---|
| $6.00 | $9.00 | | | $15.00 |

**OFFICER'S**

SERVED PERSONAL AT UC ART ADMIN BDG COLL. CONSERVATORY MUSIC.

CLERK OF COURTS
HAMILTON COUNTY, OH
COMMON PLEAS

2021 NOV -3 A 8: 06

FILED

Wednesday, November 3, 2021



D133393490



**Tracy Winkler, Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
www.courtclerk.org

## NOTIFICATION FORM

### CASE INFORMATION

Date: _____ 11/ _____

Case No.: _SK2101244_

Caption: ███████████ vs ███████████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ATTORNEY INFORMATION

Attorney Name: _MARK WIECZOREK_

Attorney Address: _3825 EDWARDS RD, SUITE 103_
Firm

_CINCINNATI, OH 45209_
Street Number

City, State, Zip      _513-317-5987_

Phone Number
_513-488-1929_
Fax Number

Ohio Attorney Supreme Court No.: _(0082916)_

☐ Address Change Only

☐ Request Case Notification / Not a Party Defendant

D133427780

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COURT PARTY INFORMATION

Name of Client: ███████████      ☑ Plaintiff  ☐ Defendant

Name of Client: _____      ☐ Plaintiff  ☐ Defendant

Name of Client: _____      ☐ Plaintiff  ☐ Defendant

Name of Client: _____      ☐ Plaintiff  ☐ Defendant

Name of Client: _____      ☐ Plaintiff  ☐ Defendant

Substituted for: _____ (if applicable)

Rev. 08/22/05

## COMMON PLEAS COURT
## HAMILTON COUNTY, OHIO

Petitioner

vs

Respondent

Case No. SK2101244

**ENTERED**
**NOV 15 2021**

Judge NESTOR

**Order Continuing Full Hearing
for Civil Protection Order**

The full hearing for a civil protection order scheduled for ___11.15.21___ is

hereby continued to ___1.20.22___ at ___8:30 a.m.___ in Room 585 of the Hamilton

County Courthouse.

This continuance is due to:

☐ The respondent has not been served with the ex parte petition and notice of the full
hearing; ☐ Petitioner needs to provide a better address.

☐ Motion for continuance filed by petitioner/respondent.

☐ Petitioner / respondent has requested a continuance to obtain counsel/witness

☒ Criminal matter is pending against ~~petitioner~~/respondent

☐ For good cause shown _____

The ex parte order, if issued, (attached herein) shall remain in effect and shall be served:

☒ Upon Central Warrants;

☐ Upon the petitioner by the Clerk, Regular Mail;

☐ Upon the respondent by the Sheriff;          ☐ Include Petition;

☐ Upon the respondent by the Clerk, Certified Mail;   ☐ Include Petition;

☐ Upon the respondent by the Clerk, Regular Mail;    ☐ Include Petition.

APPROVED and ADOPTED by:

_____        _____
MAGISTRATE                      JUDGE

### RETURN OF SERVICE ON RESPONDENT

This Order was served upon _____ (respondent) this __15__ day of

__Nov__ by handing him/her _____

By _____

### RETURN OF SERVICE ON PETITIONER

This Order was served upon _____ petitioner) this __15__ day of

__Nov__ by handing him/her a true copy.

By _____

D133428620

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*

| ENTERED |
| --- |
| NOV 0 1 2021 |

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

# Order of Protection

Per R.C. 2903.214(F)(3), this Order is indexed at

**HAMILTON COUNTY SHERIFF'S OFFICE
CENTRAL WARRANT UNIT**

LAW ENFORCEMENT AGENCY WHERE INDEXED

·(513) 946 - 6200

PHONE NUMBER

Case No. **SK 2 1 0 1 2 4 4**

**YOU MUST APPEAR BEFORE A MAGISTRATE
IN HEARING ROOM 585 or 424**

Judge/Magistrate.

State **OHIO**

☐ CIVIL STALKING PROTECTION ORDER *EX PARTE*
(R.C. 2903.214)

☒ CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION
ORDER EX *PARTE* (R.C. 2903.214)

| PETITIONER (YOU): | PERSON(S) PROTECTED BY THIS ORDER: |
| --- | --- |

Petitioner: ▮▮▮▮ DOB: ▮▮▮▮
Petitioner's Family or Household Members:
(☐ Additional forms attached.)

| | |
| --- | --- |
| | DOB: _____ |
| First    Middle    Last | DOB: _____ |
| | DOB: _____ |
| **v.** | DOB: _____ |

| RESPONDENT: | RESPONDENT IDENTIFIERS |
| --- | --- |

| SEX | RACE | HGT | WGT |
| --- | --- | --- | --- |
| M | Black | 6:4 | 175 |
| EYES | HAIR | | DOB |
| Brown | Black | | |
| DRIVER'S LIC. NO. | EXP. DATE | | STATE |
| | | | |

Relationship to Petitioner: Classmate
Address where Respondent can be found:

Distinguishing Features: _____

☐ **WARNING TO LAW ENFORCEMENT: RESPONDENT HAS FIREARMS ACCESS – PROCEED WITH
CAUTION**

Violence Against Women Act, 18 U.S.C. 2265, Federal Full Faith & Credit Declaration: Registration of this Order is not required
for enforcement.

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter, and Respondent will be provided with reasonable notice and
opportunity to be heard within the time required by Ohio law. **Additional findings of this Order are set forth below.**

**THE COURT HEREBY ORDERS:**
That the above named Respondent be restrained from committing acts of abuse or threats of abuse against Petitioner and other
protected persons named in this Order. Additional terms of this Order are set forth below.

| | | UNLESS EXTENDED BY SEPARATE ENTRY | |
| --- | --- | --- | --- |
| The terms of this Order shall be effective until | 11 / 1 / 22 | | Nester |
| WARNING TO RESPONDENT: See the warning page attached to the front of this Order. | | | Equity Judge |

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

*[Page 2 of 5 Form 10.03-E]*     SK 2 J 0 1 2 4 4

This proceeding came on for an *ex parte* hearing on _____ \\ / \\ / 2-/ (Respondent not being present), upon the filing of a Petition by Petitioner for a ☐ ̶civil stalking protection order or ☒ civil sexually oriented offense protection order against Respondent, pursuant to R.C. 2903.214. In accordance with R.C. 2903.214(D)(1), the Court held an *ex parte* hearing not later than the next day that the Court was in session after the Petition was filed.

The Court finds that the protected persons herein are in immediate and present danger and, for good cause shown, the following temporary orders are necessary to protect the persons named in this Order.

**The Court also finds**

_____

_____

_____

_____

☐ Additional findings on a separate page are included and attached herein.

RESPONDENT SHALL NOT ABUSE, harm, attempt to harm, threaten, follow, stalk, harass, force sexual relations upon, or commit sexually oriented offenses against the protected persons named in this Order. [NCIC 01 and 02]

ALL OF THE PROVISIONS CHECKED BELOW ALSO APPLY TO RESPONDENT

☒ 1. RESPONDENT SHALL NOT ENTER or interfere with the residence, school, business, place of employment, day care centers, or child care providers of the protected persons named in this Order, including the buildings, grounds, and parking lots at those locations. Respondent may not violate this Order, even with the permission of a protected person. [NCIC 04]

☒ 2. RESPONDENT SHALL NOT INTERFERE with protected persons' right to occupy the residence including, but not limited to canceling utilities or insurance or interrupting telecommunication (e.g., telephone, internet, or cable) services, mail delivery, or the delivery of any other documents or items.

☐ 3. RESPONDENT SHALL SURRENDER all keys and garage door openers to the following residence: _____

within 24 hours of service of this Order to the law enforcement agency that serves Respondent with this Order or as follows:

_____

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 3 of 5 Form 10.03-E]

SK 2 1 0 1 2 4 4

Case No._____

☒ 4. **RESPONDENT SHALL STAY AWAY FROM PETITIONER** and all other protected persons named in this Order, and not be present within 500 feet or _____ (distance) of any protected persons wherever those protected persons may be found, or any place Respondent knows or should know the protected persons are likely to be, even with a protected person's permission. If Respondent accidentally comes in contact with protected persons in any public or private place, Respondent must depart *immediately*. This Order includes encounters on public and private roads, highways, and thoroughfares. [NCIC 04]

☐ 5. **RESPONDENT SHALL NOT REMOVE, DAMAGE, HIDE, OR DISPOSE OF ANY PROPERTY, COMPANION ANIMALS, OR PETS** owned or possessed by the protected persons named in this Order.

☐ 6. **PETITIONER IS AUTHORIZED TO REMOVE THE FOLLOWING COMPANION ANIMALS OR PETS,** owned by Petitioner, from the possession of Respondent:

_____

Exchange of the listed companion animals or pets shall take place as follows:

_____

_____

☒ 7. **RESPONDENT SHALL NOT INITIATE OR HAVE ANY CONTACT** with the protected persons named in this Order or their residences, businesses, places of employment, schools, day care centers, or child care providers. Contact includes, but is not limited to, landline, cordless, cellular or digital telephone; text; instant messaging; fax; e-mail; voicemail; delivery service; social media; blogging; writings; electronic communications; posting a message; or communications by any other means directly or through another person.

Respondent may not violate this Order even with the permission of a protected person. [NCIC 05]

☐ 8. **RESPONDENT SHALL NOT** use any form of electronic surveillance on protected persons.

☒ 9. **RESPONDENT SHALL NOT CAUSE OR ENCOURAGE ANY PERSON** to do any act prohibited by this Order.

☐ 10. **RESPONDENT SHALL NOT POSSESS, USE, CARRY, OR OBTAIN ANY DEADLY WEAPON** at any time while the Order remains in effect for the safety and protection of the protected persons named in this Order. Furthermore, Respondent may be subject to firearms and ammunition restrictions pursuant to 18 U.S.C. 922(g)(1) through (9), 18 U.S.C. 922(n), or R.C. 2923.13. [NCIC 07]

**RESPONDENT IS EXCEPTED** only for official use pursuant to 18 U.S.C. 925(a)(1), if no other firearms and ammunition prohibitions apply.

☐ 11. **RESPONDENT SHALL TURN OVER ALL DEADLY WEAPONS** owned by Respondent or in Respondent's possession

to the law enforcement agency that serves Respondent with this Order no later than _____ or as follows:

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 4 of 5 Form 10.03-E]

SK Case No. 1 0 1 2 4 4

Any law enforcement agency is authorized to accept possession of deadly weapons pursuant to this paragraph and hold them in protective custody for the duration of this Order. [NCIC 07]

Law enforcement shall immediately notify the Court upon receiving Respondent's deadly weapons for protective custody as set forth in this Order.

Upon the expiration or termination of this Order and if a full hearing order is not granted, Respondent may reclaim any deadly weapons held in protective custody by law enforcement pursuant to this Order unless Respondent is otherwise disqualified as verified by a check of the NCIC protection order file.

12. **RESPONDENT'S CONCEALED CARRY WEAPON LICENSE**, if any, is now subject to R.C. 2923.128, and shall be suspended by the Sheriff who issued it.

☐ 13. IT IS FURTHER ORDERED: [NCIC 08]

_____

_____

_____

14. ALL DISCOVERY SHALL STRICTLY COMPLY with Civ.R. 65.1(D).

15. THE CLERK OF COURT SHALL CAUSE A COPY OF THE PETITION, THIS ORDER, AND ANY OTHER ACCOMPANYING DOCUMENTS to be served on Respondent as set forth in Civ.R. 65.1(C)(2). The Clerk of Court shall also provide copies of the Petition and certified copies of this Order to Petitioner upon request.

16. THIS ORDER DOES NOT EXPIRE because of a failure to serve notice of the full hearing upon Respondent before the date set for the full hearing or because the Court grants a continuance, as set forth in R.C. 2903.214(D)(2)(b).

17. IT IS FURTHER ORDERED NO COSTS OR FEES SHALL BE ASSESSED AGAINST PETITIONER for filing, issuing, registering, modifying, enforcing, dismissing, withdrawing, serving, subpoenaing witnesses for, or obtaining a certified copy of this Order. This Order is granted without bond.

IT IS SO ORDERED.

_____
JUDGE / MAGISTRATE

---

## NOTICE TO RESPONDENT

NO PERSON PROTECTED BY THIS ORDER CAN GIVE YOU LEGAL PERMISSION TO CHANGE OR VIOLATE THE TERMS OF THIS ORDER. IF YOU VIOLATE ANY TERMS OF THIS ORDER EVEN WITH THE PROTECTED PERSON'S PERMISSION, YOU MAY BE HELD IN CONTEMPT OR ARRESTED. ONLY THE COURT CAN CHANGE THIS ORDER. YOU ACT AT YOUR OWN RISK IF YOU DISREGARD THIS WARNING.

SK-210244

A FULL HEARING ON THIS ORDER SHALL BE HELD BEFORE JUDGE _____ OR
MAGISTRATE Rm 585 ON 11. 15.21 , AT 8:30 (a.m)/p.m. (WITHIN TEN COURT DAYS)
AT THE FOLLOWING LOCATION: ROOM 585 OR ~~ROOM 424~~, HAMILTON COUNTY COURTHOUSE,
1000 MAIN ST., CINCINNATI, OHIO.

*BE ADVISED THAT YOU NEED TO ARRIVE AT THE COURTHOUSE AT LEAST 30 MINUTES BEFORE YOUR*
*SCHEDULED HEARING TO ALLOW YOU TO GET THROUGH SECURITY AND BE IN COURT ON TIME.*

| | TO THE CLERK: COPIES OF THIS ORDER SHALL BE DELIVERED TO: |
|---|---|
| ☒ | Petitioner on 11-1-21 by _MM_ |
| | ☒ Personal ☐ Certified Mail ☐ Regular Mail |
| ☐ | Attorney for Petitioner by |
| | ☐ Personal ☐ Certified Mail ☐ Regular Mail |
| ☒ | Respondent on by |
| | ☒ Personal ☐ Certified Mail ☐ Regular Mail |
| ☐ | Attorney for Respondent by |
| | ☐ Personal ☐ Certified Mail ☐ Regular Mail |
| ☒ | Central Warrants (The Protection Order Depository for All Local Law Enforcement Agencies.) |
| ☒ | The Hamilton County Sheriff's Office |
| ☒ | Police Dept. where Petitioner Resides: |
| ☒ | Police Dept. where Petitioner Works: |
| ☐ | Other |
| ☐ | Other |

FORM 10.03-E CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER EX PARTE
Amended April 15, 2021
Discard all previous versions of this form

**COMMON PLEAS COURT**
**HAMILTON COUNTY, OHIO**

_____     Case No. ___SK2101244___

Petitioner

vs     Judge ___TERRY NESTOR___

_____

Respondent     **Order Continuing Full Hearing**
**for Civil Protection Order**

The full hearing for a civil protection order scheduled for ___1 · 20 · 22___ is

hereby continued to ___3 · 15 - 22___ at ___8:30___ in Room 585 of the Hamilton

County Courthouse.

This continuance is due to:

☐ The respondent has not been served with the ex parte petition and notice of the full
hearing; ☐ Petitioner needs to provide a better address.

☐ Motion for continuance filed by petitioner/respondent.

☐ Petitioner / respondent has requested a continuance to obtain counsel/witness

☐ Criminal matter is pending against petitioner/respondent

☒ For good cause shown ___at request of attorneys___

_____

The ex parte order, if issued, (attached herein) shall remain in effect and shall be served:

☒ Upon Central Warrants;

☑ Upon the petitioner by the Clerk, Regular Mail;

☐ Upon the respondent by the Sheriff;     ☐ Include Petition;

☑ Upon the respondent by the Clerk, Certified Mail;     ☐ Include Petition;

☐ Upon the respondent by the Clerk, Regular Mail;     ☐ Include Petition.

APPROVED and ADOPTED by:

_Anitto Buding_     _____
MAGISTRATE     JUDGE

---

RETURN OF SERVICE ON RESPONDENT

This Order was served upon ▓▓▓▓▓▓▓▓▓ (respondent) this __19__ day of

__Jan__ by handing him/her a true copy.

By _____

RETURN OF SERVICE ON PETITIONER

This Order was served upon _____ (petitioner) this _____ day of

_____ by handing him/her a true copy.

By _____

D133930950

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*

**ENTERED**
**NOV 0 1 2021**

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

# Order of Protection

Per R.C. 2903.214(F)(3), this Order is indexed at

**HAMILTON COUNTY SHERIFF'S OFFICE
CENTRAL WARRANT UNIT**

LAW ENFORCEMENT AGENCY WHERE INDEXED

(513) 946 - 6200

PHONE NUMBER

Case No. SK 2 1 0 1 2 4 4

YOU MUST APPEAR BEFORE A MAGISTRATE
**IN HEARING ROOM 585 or ROOM 424**

Judge/Magistrate.

State **OHIO**

☐ CIVIL STALKING PROTECTION ORDER *EX PARTE*
(R.C. 2903.214)

☒ CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION
ORDER EX *PARTE* (R.C. 2903.214)

| PETITIONER (YOU): | PERSON(S) PROTECTED BY THIS ORDER: |
|---|---|
| | Petitioner: ▓▓▓▓ DOB: ▓▓▓▓ |
| | Petitioner's Family or Household Members: |
| | (☐ Additional forms attached.) |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | _____ DOB: _____ |
| First   Middle   Last | _____ DOB: _____ |
| | _____ DOB: _____ |
| v. | _____ DOB: _____ |

| RESPONDENT: | RESPONDENT IDENTIFIERS | | | |
|---|---|---|---|---|
| | **SEX** | **RACE** | **HGT** | **WGT** |
| | M | Black | 6'2" | 175 |
| ▓▓▓▓▓▓▓▓▓▓▓ | **EYES** | **HAIR** | **DOB** | |
| First   Middle | Brown | Black | ▓▓▓▓ | |
| Relationship to Petitioner: Classmate | **DRIVER'S LIC. NO.** | **EXP. DATE** | **STATE** | |
| Address where Respondent can be found: ▓▓ | | | | |
| | Distinguishing Features: | | | |

☐ **WARNING TO LAW ENFORCEMENT: RESPONDENT HAS FIREARMS ACCESS – PROCEED WITH
CAUTION**

Violence Against Women Act, 18 U.S.C. 2265, Federal Full Faith & Credit Declaration: Registration of this Order is not required
for enforcement.

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter, and Respondent will be provided with reasonable notice and
opportunity to be heard within the time required by Ohio law. **Additional findings of this Order are set forth below.**

**THE COURT HEREBY ORDERS:**
That the above named Respondent be restrained from committing acts of abuse or threats of abuse against Petitioner and other
protected persons named in this Order. Additional terms of this Order are set forth below.

The terms of this Order shall be effective until ___11_/_1_/_22__ UNLESS
EXTENDED BY
SEPARATE ENTRY ___Nestor___
WARNING TO RESPONDENT: See the warning page attached to the front of this Order.    Equity Judge

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 2 of 5 Form 10.03-E]

SK 2 1 0 1 2 4 4 Case No.

This proceeding came on for an *ex parte* hearing on _____ 11 / 1 / 21 _____ (Respondent not being present), upon the filing of a Petition by Petitioner for a ☐ civil stalking protection order or ☒ civil sexually oriented offense protection order against Respondent, pursuant to R.C. 2903.214. In accordance with R.C. 2903.214(D)(1), the Court held an *ex parte* hearing not later than the next day that the Court was in session after the Petition was filed.

The Court finds that the protected persons herein are in immediate and present danger and, for good cause shown, the following temporary orders are necessary to protect the persons named in this Order.

The Court also finds

_____

_____

_____

_____

☐ Additional findings on a separate page are included and attached herein.

RESPONDENT SHALL NOT ABUSE, harm, attempt to harm, threaten, follow, stalk, harass, force sexual relations upon, or commit sexually oriented offenses against the protected persons named in this Order. [NCIC 01 and 02]

ALL OF THE PROVISIONS CHECKED BELOW ALSO APPLY TO RESPONDENT

☒ 1. RESPONDENT SHALL NOT ENTER or interfere with the residence, school, business, place of employment, day care centers, or child care providers of the protected persons named in this Order, including the buildings, grounds, and parking lots at those locations. Respondent may not violate this Order even with the permission of a protected person. [NCIC 04]

☒ 2. RESPONDENT SHALL NOT INTERFERE with protected persons' right to occupy the residence including, but not limited to canceling utilities or insurance or interrupting telecommunication (e.g., telephone, internet, or cable) services, mail delivery, or the delivery of any other documents or items.

☐ 3. RESPONDENT SHALL SURRENDER all keys and garage door openers to the following residence:

_____

within 24 hours of service of this Order to the law enforcement agency that serves Respondent with this Order or as follows:

_____

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

SK 2 1 0 1 2 4 4

[Page 3 of 5 Form 10.03-E]

Case No. _____

☒ 4. **RESPONDENT SHALL STAY AWAY FROM PETITIONER** and all other protected persons named in this Order, and not be present within 500 feet or _____ (distance) of any protected persons wherever those protected persons may be found, or any place Respondent knows or should know the protected persons are likely to be, **even with a protected person's permission.** If Respondent accidentally comes in contact with protected persons in any public or private place, Respondent must depart *immediately*. This Order includes encounters on public and private roads, highways, and thoroughfares. [NCIC 04]

☐ 5. **RESPONDENT SHALL NOT REMOVE, DAMAGE, HIDE, OR DISPOSE OF ANY PROPERTY, COMPANION ANIMALS, OR PETS** owned or possessed by the protected persons named in this Order.

☐ 6. **PETITIONER IS AUTHORIZED TO REMOVE THE FOLLOWING COMPANION ANIMALS OR PETS,** owned by Petitioner, from the possession of Respondent:

_____

Exchange of the listed companion animals or pets shall take place as follows:

_____

_____

☒ 7. **RESPONDENT SHALL NOT INITIATE OR HAVE ANY CONTACT** with the protected persons named in this Order or their residences, businesses, places of employment, schools, day care centers, or child care providers. Contact includes, but is not limited to, landline, cordless, cellular or digital telephone; text; instant messaging; fax; e-mail; voicemail; delivery service; social media; blogging; writings; electronic communications; posting a message; or communications by any other means directly or through another person.

Respondent may not violate this Order even with the permission of a protected person. [NCIC 05]

☐ 8. **RESPONDENT SHALL NOT** use any form of electronic surveillance on protected persons.

☒ 9. **RESPONDENT SHALL NOT CAUSE OR ENCOURAGE ANY PERSON** to do any act prohibited by this Order.

☐ 10. **RESPONDENT SHALL NOT POSSESS, USE, CARRY, OR OBTAIN ANY DEADLY WEAPON** at any time while the Order remains in effect for the safety and protection of the protected persons named in this Order. Furthermore, Respondent may be subject to firearms and ammunition restrictions pursuant to 18 U.S.C. 922(g)(1) through (9), 18 U.S.C. 922(n), or R.C. 2923.13. [NCIC 07]

**RESPONDENT IS EXCEPTED** only for official use pursuant to 18 U.S.C. 925(a)(1), if no other firearms and ammunition prohibitions apply.

☐ 11. **RESPONDENT SHALL TURN OVER ALL DEADLY WEAPONS** owned by Respondent or in Respondent's possession to the law enforcement agency that serves Respondent with this Order no later than _____ or as follows:

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 4 of 5 Form 10.03-E]

- SK Case No. 1 0 1 2 4 4

Any law enforcement agency is authorized to accept possession of deadly weapons pursuant to this paragraph and hold them in protective custody for the duration of this Order. [NCIC 07]

Law enforcement shall immediately notify the Court upon receiving Respondent's deadly weapons for protective custody as set forth in this Order.

Upon the expiration or termination of this Order and if a full hearing order is not granted, Respondent may reclaim any deadly weapons held in protective custody by law enforcement pursuant to this Order unless Respondent is otherwise disqualified as verified by a check of the NCIC protection order file.

12. **RESPONDENT'S CONCEALED CARRY WEAPON LICENSE**, if any, is now subject to R.C. 2923.128, and shall be suspended by the Sheriff who issued it.

☐ 13. IT IS FURTHER ORDERED: [NCIC 08]

14. ALL DISCOVERY SHALL STRICTLY COMPLY with Civ.R. 65.1(D).

15. THE CLERK OF COURT SHALL CAUSE A COPY OF THE PETITION, THIS ORDER, AND ANY OTHER ACCOMPANYING DOCUMENTS to be served on Respondent as set forth in Civ.R. 65.1(C)(2). The Clerk of Court shall also provide copies of the Petition and certified copies of this Order to Petitioner upon request.

16. THIS ORDER DOES NOT EXPIRE because of a failure to serve notice of the full hearing upon Respondent before the date set for the full hearing or because the Court grants a continuance, as set forth in R.C. 2903.214(D)(2)(b).

17. IT IS FURTHER ORDERED NO COSTS OR FEES SHALL BE ASSESSED AGAINST PETITIONER for filing, issuing, registering, modifying, enforcing, dismissing, withdrawing, serving, subpoenaing witnesses for, or obtaining a certified copy of this Order. This Order is granted without bond.

IT IS SO ORDERED.

JUDGE / MAGISTRATE

**NOTICE TO RESPONDENT**

NO PERSON PROTECTED BY THIS ORDER CAN GIVE YOU LEGAL PERMISSION TO CHANGE OR VIOLATE THE TERMS OF THIS ORDER. IF YOU VIOLATE ANY TERMS OF THIS ORDER EVEN WITH THE PROTECTED PERSON'S PERMISSION, YOU MAY BE HELD IN CONTEMPT OR ARRESTED. ONLY THE COURT CAN CHANGE THIS ORDER. YOU ACT AT YOUR OWN RISK IF YOU DISREGARD THIS WARNING.

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 5 of 5 Form 10.03-E]   SK 2 1 0 1 2 4 4

A FULL HEARING ON THIS ORDER SHALL BE HELD BEFORE JUDGE _____ OR

MAGISTRATE Rm 585 ON 11. 15. 21 , AT 8:30 a.m./p.m. (WITHIN TEN COURT DAYS)

AT THE FOLLOWING LOCATION: ROOM 585 OR ~~ROOM 134~~, HAMILTON COUNTY COURTHOUSE,

1000 MAIN ST., CINCINNATI, OHIO.

*BE ADVISED THAT YOU NEED TO ARRIVE AT THE COURTHOUSE AT LEAST 30 MINUTES BEFORE YOUR*

*SCHEDULED HEARING TO ALLOW YOU TO GET THROUGH SECURITY AND BE IN COURT ON TIME.*

| | TO THE CLERK: COPIES OF THIS ORDER SHALL BE DELIVERED TO: | |
|---|---|---|
| ☒ | Petitioner on 11-1-22 by MM | |
| | ☒ Personal ☐ Certified Mail ☐ Regular Mail | |
| ☐ | Attorney for Petitioner by | |
| | ☐ Personal ☐ Certified Mail ☐ Regular Mail | |
| ☒ | Respondent on by | |
| | ☒ Personal ☐ Certified Mail ☐ Regular Mail | |
| ☐ | Attorney for Respondent by | |
| | ☐ Personal ☐ Certified Mail ☐ Regular Mail | |
| ☒ | Central Warrants (The Protection Order Depository for All Local Law Enforcement Agencies.) | |
| ☒ | The Hamilton County Sheriff's Office | |
| ☒ | Police Dept. where Petitioner Resides: _____ | |
| ☒ | Police Dept. where Petitioner Works: _____ | |
| ☐ | Other _____ | |
| ☐ | Other _____ | |

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

Petitioner

**SK 2 1 0 1 2 4 4**

Case No.

_Confidential_
Address (Safe mailing address)

City, State, Zip Code

Date of Birth:

Judge/Magistrate

You Must Appear Before a
Magistrate in Room 585 or Room 424

☐ PETITION FOR CIVIL STALKING PROTECTION ORDER (R.C. 2903.214)

☑ PETITION FOR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER (R.C. 2903.214)

COPY FILED
CLERK OF COURTS
HAMILTON COUNTY

Address (If home address unknown, may be

City, State, Zip Code

Date of Birth:

NOV 0 1 2021

ORIGINAL
COMMON PLEAS COURTS

☑ Respondent is 18 years old or older

IF YOU ARE ASKING YOUR ADDRESS TO BE KEPT CONFIDENTIAL, PLEASE PUT A MAILING ADDRESS WHERE YOU CAN SAFELY RECEIVE MAIL. IF YOU ARE A PARTICIPANT IN THE SECRETARY OF STATE'S ADDRESS CONFIDENTIALITY PROGRAM, PLEASE USE THE P.O. BOX ADDRESS GIVEN TO YOU. THIS FORM IS A PUBLIC RECORD.

☐1. I need or a witness needs a foreign language interpreter in _____

or an American Sign Language interpreter per Sup.R. 88.

2. I ☑ want ☐ do not want an *ex parte* (emergency) protection order per R.C. 2903.214(D). Petitioner further requests a full hearing trial be scheduled, even if the *ex-parte* protection order is granted, denied, or not requested.

☐3. Who needs protection?
☑ Me
☐ My minor children
☐ A family or household member who is not a minor child
☐ Other _____

4. I have listed below all family or household members who need protection, other than me or the person for whom I am filing the Petition. (Leave blank if you are not including other family or household members.)

[Page 2 of 5 Form 10.03-D]

SK 2 1 0 1 2 4 4

Case No. _____

| NAME | DATE OF BIRTH | RELATIONSHIP TO PETITIONER | LIVES WITH PETITIONER |
|---|---|---|---|
| | / / | | ☐ YES ☐ NO |
| | / / | | ☐ YES ☐ NO |
| | / / | | ☐ YES ☐ NO |
| | / / | | ☐ YES ☐ NO |
| | / / | | ☐ YES ☐ NO |

☐ 5.   Petitioner requests a Civil Stalking Protection Order.

You must describe two or more incidents closely related in time that made you believe that Respondent will cause you physical harm or cause (or has caused) you mental distress. When did they happen (if you do not know exact dates, give approximate dates)?
If you need more space, attach an additional page.

_____
_____
_____
_____
_____
_____
_____
_____

☒ 6.   Petitioner requests a Civil Sexually Oriented Offense Protection Order.

You must describe what Respondent did to you or the persons named in this Petition as fully as possible. You do not need to prove a pattern of conduct. One act may be enough.
If you need more space, attach an additional page.

Sexually touched me multiple times in classes and rehearsals consistent touching of breasts and rubbing me down his penis. These events happened through Sept 2nd - Oct 6th

7.   Petitioner further requests the Court grant relief under R.C. 2903.214 for Petitioner and the family or persons named in this Petition by granting a Civil Stalking Protection Order or Civil Sexually Oriented Offense Protection Order that:

☒ (a)   Directs Respondent to not abuse Petitioner and persons named in this Petition by harming, attempting to harm, threatening, following, stalking, harassing, contacting, forcing sexual relations upon them, or by committing sexually oriented offenses against them.

☒ (b)   Directs Respondent to not enter the residence, school, business, place of employment, child care providers, or day care centers of Petitioner and persons named in this Petition, including the buildings, grounds, and parking lots at those locations.

☐ (c)   Directs Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to cancelling any utilities or insurance or interrupting phone service, mail delivery, or the delivery of any other documents or items.

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

[Page 3 of 5 Form 10.03-D]          CASE No. SK 2 1 0 1 2 4 4

☐ (d)  Directs Respondent not to remove, damage, hide, or dispose of any property, companion animals, or pets owned or possessed by Petitioner and persons named in this Petition.

☐ (e)  Grants Petitioner permission to take Petitioner's companion animals or pets, as described below, away from the possession of Respondent.

☐ (f)  Directs Respondent not to possess, use, carry, or obtain any deadly weapon, firearms, and ammunition.

☑ (g)  Directs Respondent to be electronically monitored, because Respondent's conduct, as explained below, puts the health, welfare, or safety of Petitioner and the persons named in this Petition at risk. Also, as explained below, Respondent continues to present a danger to Petitioner and the persons named in this Petition. If you need more space, attach an additional page.

_____
_____
_____
_____

☐ (h)  Includes the following additional provisions:

_____
_____
_____
_____
_____
_____

8.  Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

9.  Petitioner further requests that if Petitioner has a victim advocate, the Court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

10.  Petitioner further requests that the Court grant such other relief designed to ensure the safety and protection of Petitioner and persons named in this Petition.

11.  Petitioner has listed court cases (including divorce, custody, visitation, children service case; pending criminal case or conviction for felonious assault, aggravated assault, assault, aggravated menacing, menacing by stalking, menacing, aggravated trespass; animal cruelty; sexually oriented offenses; no contact order, stay away order, and other protection order) and other legal matters involving Respondent, that may relate to this case: (If you need more space, attach an additional page.)

| CASE NAME | CASE NUMBER | COURT/COUNTY | RESULT OF CASE |
|-----------|-------------|--------------|----------------|
|           |             |              |                |
|           |             |              |                |

I swear or affirm that the answers above are true, complete, and accurate to the best of my knowledge. I understand that making false statements in this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and may also subject me to criminal penalties for perjury under R.C. 2921.11.

_____          10-29-2021
SIGNATURE OF PETITIONER           DATE

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended:  April 15, 2021.
Discard all previous versions of this form

[Page 4 of 5 Form 10.03-D]

SK 2as NO 1 2 4 4

IF YOU DO NOT HAVE A LAWYER, PLEASE LEAVE THE INFORMATION BELOW BLANK.

| | |
|---|---|
| Signature of Petitioner's Attorney | Attorney's Registration Number |
| Name of Attorney | Attorney's Telephone |
| Attorney's Address | Attorney's Fax |
| City, State, Zip Code | Attorney's Email |

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: April 15, 2021
Discard all previous versions of this form

**COMMON PLEAS COURT**
**HAMILTON COUNTY, OHIO**

Case No. ___SK2101244___

ENTERED

MAR 15 2022

Petitioner

vs

Respondent

Judge ___TERRY NESTOR___

**Order Continuing Full Hearing for Civil Protection Order**

The full hearing for a civil protection order scheduled for ___3·15·22___ is

hereby continued to ___6·7·22___ at ___8:30 am___ in Room 585 of the Hamilton

County Courthouse ___for Report___

This continuance is due to:

☐ The respondent has not been served with the ex parte petition and notice of the full hearing; ☐ Petitioner needs to provide a better address.

☐ Motion for continuance filed by petitioner/respondent.

☐ Petitioner / respondent has requested a continuance to obtain counsel/witness

☒ Criminal matter is pending *investigation* against petitioner/respondent

☒ For good cause shown _____

_____

The ex parte order, if issued, (attached herein) shall remain in effect and shall be served:

☒ Upon Central Warrants;

☐ Upon the petitioner by the Clerk, Regular Mail;

☐ Upon the respondent by the Sheriff;  ☐ Include Petition;

☐ Upon the respondent by the Clerk, Certified Mail;  ☐ Include Petition;

☐ Upon the respondent by the Clerk, Regular Mail;  ☐ Include Petition.

APPROVED and ADOPTED by:

_Anitta B_____

MAGISTRATE                              JUDGE

**RETURN OF SERVICE ON RESPONDENT**

This Order was served upon _____(respondent) this _____ day of

_____ by handing him/her a true copy.

By _____.

**RETURN OF SERVICE ON PETITIONER**

This Order was served upon _____(petitioner) this _____ day of

_____ by handing him/her a true copy.

By _____

D134421760

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*

**ENTERED**
NOV 01 2021

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

## Order of Protection

Per R.C. 2903.214(F)(3), this Order is indexed at

**HAMILTON COUNTY SHERIFF'S OFFICE
CENTRAL WARRANT UNIT**
LAW ENFORCEMENT AGENCY WHERE INDEXED

· (513) 946 - 6200
PHONE NUMBER

Case No. SK 2 1 0 1 2 4 4

YOU MUST APPEAR BEFORE A MAGISTRATE
**IN HEARING ROOM 585 or ROOM 424**

Judge/Magistrate.

State ☐ **OHIO**

☐ CIVIL STALKING PROTECTION ORDER *EX PARTE* (R.C. 2903.214)

☒ CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER EX *PARTE* (R.C. 2903.214)

**PETITIONER (YOU):**

First    Middle    Last

v.

**PERSON(S) PROTECTED BY THIS ORDER:**

Petitioner:                                DOB:
Petitioner's Family or Household Members:
(☐ Additional forms attached.)

_____  DOB: _____
_____  DOB: _____
_____  DOB: _____
_____  DOB: _____

**RESPONDENT:**

First    Middle    Last

Relationship to Petitioner: Classmate
Address where Respondent can be found:

**RESPONDENT IDENTIFIERS**

| SEX | RACE | HGT | WGT |
|-----|------|-----|-----|
| M | Black | 6ft | 175 |

| EYES | HAIR | | DOB |
|------|------|---|-----|
| Brown | Black | | |

| DRIVER'S LIC. NO. | EXP. DATE | STATE |
|-------------------|-----------|-------|
| | | |

guishing Features:

☐ **WARNING TO LAW ENFORCEMENT: RESPONDENT HAS FIREARMS ACCESS – PROCEED WITH CAUTION**

Violence Against Women Act, 18 U.S.C. 2265, Federal Full Faith & Credit Declaration: Registration of this Order is not required for enforcement.

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter, and Respondent will be provided with reasonable notice and opportunity to be heard within the time required by Ohio law. Additional findings of this Order are set forth below.

**THE COURT HEREBY ORDERS:**
That the above named Respondent be restrained from committing acts of abuse or threats of abuse against Petitioner and other protected persons named in this Order. Additional terms of this Order are set forth below.

The terms of this Order shall be effective until  11 / 1 / 22    UNLESS EXTENDED BY SEPARATE ENTRY   N�byv
WARNING TO RESPONDENT: See the warning page attached to the front of this Order.    Equity Judge

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 2 of 6 Form 10.03-E]

SK 2 1 0 1 2 4 4
Case No.

This proceeding came on for an *ex parte* hearing on ____ 11 / 1 / 21 ____ (Respondent not being present), upon the filing of a Petition by Petitioner for a ☐ civil stalking protection order or ☑ civil sexually oriented offense protection order against Respondent, pursuant to R.C. 2903.214, In accordance with R.C. 2903.214(D)(1), the Court held an *ex parte* hearing not later than the next day that the Court was in session after the Petition was filed.

The Court finds that the protected persons herein are in immediate and present danger and, for good cause shown, the following temporary orders are necessary to protect the persons named in this Order.

The Court also finds

_____

_____

_____

_____

☐ Additional findings on a separate page are included and attached herein.

RESPONDENT SHALL NOT ABUSE, harm, attempt to harm, threaten, follow, stalk, harass, force sexual relations upon, or commit sexually oriented offenses against the protected persons named in this Order. [NCIC 01 and 02]

ALL OF THE PROVISIONS CHECKED BELOW ALSO APPLY TO RESPONDENT

☒ 1. RESPONDENT SHALL NOT ENTER or interfere with the residence, school, business, place of employment, day care centers, or child care providers of the protected persons named in this Order, including the buildings, grounds, and parking lots at those locations. Respondent may not violate this Order even with the permission of a protected person. [NCIC 04]

☒ 2. RESPONDENT SHALL NOT INTERFERE with protected persons' right to occupy the residence including, but not limited to canceling utilities or insurance or interrupting telecommunication (e.g., telephone, internet, or cable) services, mail delivery, or the delivery of any other documents or items.

☐ 3. RESPONDENT SHALL SURRENDER all keys and garage door openers to the following residence:

_____

within 24 hours of service of this Order to the law enforcement agency that serves Respondent with this Order or as follows:

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 3 of 5 Form 10.03-E]

SK 2 1 0 1 2 4 4

Case No. _____

☒ 4. **RESPONDENT SHALL STAY AWAY FROM PETITIONER** and all other protected persons named in this Order, and not be present within 500 feet or _____ (distance) of any protected persons wherever those protected persons may be found, or any place Respondent knows or should know the protected persons are likely to be, even with a protected person's permission. If Respondent accidentally comes in contact with protected persons in any public or private place, Respondent must depart *immediately*. This Order includes encounters on public and private roads, highways, and thoroughfares. [NCIC 04]

☐ 5. **RESPONDENT SHALL NOT REMOVE, DAMAGE, HIDE, OR DISPOSE OF ANY PROPERTY, COMPANION ANIMALS, OR PETS** owned or possessed by the protected persons named in this Order.

☐ 6. **PETITIONER IS AUTHORIZED TO REMOVE THE FOLLOWING COMPANION ANIMALS OR PETS**, owned by Petitioner, from the possession of Respondent:

Exchange of the listed companion animals or pets shall take place as follows:

_____

_____

☒ 7. **RESPONDENT SHALL NOT INITIATE OR HAVE ANY CONTACT** with the protected persons named in this Order or their residences, businesses, places of employment, schools, day care centers, or child care providers. Contact includes, but is not limited to, landline, cordless, cellular or digital telephone; text; instant messaging; fax; e-mail; voicemail; delivery service; social media; blogging; writings; electronic communications; posting a message; or communications by any other means directly or through another person.

Respondent may not violate this Order even with the permission of a protected person. [NCIC 05]

☐ 8. **RESPONDENT SHALL NOT** use any form of electronic surveillance on protected persons.

☒ 9. **RESPONDENT SHALL NOT CAUSE OR ENCOURAGE ANY PERSON** to do any act prohibited by this Order.

☐ 10. **RESPONDENT SHALL NOT POSSESS, USE, CARRY, OR OBTAIN ANY DEADLY WEAPON** at any time while the Order remains in effect for the safety and protection of the protected persons named in this Order. Furthermore, Respondent may be subject to firearms and ammunition restrictions pursuant to 18 U.S.C. 922(g)(1) through (9), 18 U.S.C. 922(n), or R.C. 2923.13. [NCIC 07]

**RESPONDENT IS EXCEPTED** only for official use pursuant to 18 U.S.C. 925(a)(1), if no other firearms and ammunition prohibitions apply.

☐ 11. **RESPONDENT SHALL TURN OVER ALL DEADLY WEAPONS** owned by Respondent or in Respondent's possession to the law enforcement agency that serves Respondent with this Order no later than _____ or as follows:

_____

_____

_____

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 16, 2021
Discard all previous versions of this form

[Page 4 of 5 Form 10.03-E]

Case No. 101244

Any law enforcement agency is authorized to accept possession of deadly weapons pursuant to this paragraph and hold them in protective custody for the duration of this Order. [NCIC 07]

Law enforcement shall immediately notify the Court upon receiving Respondent's deadly weapons for protective custody as set forth in this Order.

Upon the expiration or termination of this Order and if a full hearing order is not granted, Respondent may reclaim any deadly weapons held in protective custody by law enforcement pursuant to this Order unless Respondent is otherwise disqualified as verified by a check of the NCIC protection order file.

12. **RESPONDENT'S CONCEALED CARRY WEAPON LICENSE**, if any, is now subject to R.C. 2923.128, and shall be suspended by the Sheriff who issued it.

☐ 13. IT IS FURTHER ORDERED: [NCIC 08]

_____

_____

_____

14. ALL DISCOVERY SHALL STRICTLY COMPLY with Civ.R. 65.1(D).

15. THE CLERK OF COURT SHALL CAUSE A COPY OF THE PETITION, THIS ORDER, AND ANY OTHER ACCOMPANYING DOCUMENTS to be served on Respondent as set forth in Civ.R. 65.1(C)(2). The Clerk of Court shall also provide copies of the Petition and certified copies of this Order to Petitioner upon request.

16. THIS ORDER DOES NOT EXPIRE because of a failure to serve notice of the full hearing upon Respondent before the date set for the full hearing or because the Court grants a continuance, as set forth in R.C. 2903.214(D)(2)(b).

17. IT IS FURTHER ORDERED NO COSTS OR FEES SHALL BE ASSESSED AGAINST PETITIONER for filing, issuing, registering, modifying, enforcing, dismissing, withdrawing, serving, subpoenaing witnesses for, or obtaining a certified copy of this Order. This Order is granted without bond.

IT IS SO ORDERED.

_____
JUDGE / MAGISTRATE

---

**NOTICE TO RESPONDENT**

NO PERSON PROTECTED BY THIS ORDER CAN GIVE YOU LEGAL PERMISSION TO CHANGE OR VIOLATE THE TERMS OF THIS ORDER. IF YOU VIOLATE ANY TERMS OF THIS ORDER EVEN WITH THE PROTECTED PERSON'S PERMISSION, YOU MAY BE HELD IN CONTEMPT OR ARRESTED. ONLY THE COURT CAN CHANGE THIS ORDER. YOU ACT AT YOUR OWN RISK IF YOU DISREGARD THIS WARNING.

---

FORM 10.03-E: CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER *EX PARTE*
Amended: April 15, 2021
Discard all previous versions of this form

[Page 5 of 5 Form 10.03-E]    SK-22-01244    Case #

A FULL HEARING ON THIS ORDER SHALL BE HELD BEFORE JUDGE _____ OR
MAGISTRATE **Rm 585** ON **11, 15, 21**, AT **8:30** a.m./p.m. (WITHIN TEN COURT DAYS)
AT THE FOLLOWING LOCATION: ROOM 585 OR ~~ROOM 434~~, HAMILTON COUNTY COURTHOUSE,
1000 MAIN ST., CINCINNATI, OHIO.
*BE ADVISED THAT YOU NEED TO ARRIVE AT THE COURTHOUSE AT LEAST 30 MINUTES BEFORE YOUR*
*SCHEDULED HEARING TO ALLOW YOU TO GET THROUGH SECURITY AND BE IN COURT ON TIME.*

| | TO THE CLERK: COPIES OF THIS ORDER SHALL BE DELIVERED TO: |
|---|---|
| ☒ | Petitioner on  **11-1-22**  by  _____ |
| | ☒ Personal ☐ Certified Mail ☐ Regular Mail |
| ☐ | Attorney for Petitioner by |
| | ☐ Personal ☐ Certified Mail ☐ Regular Mail |
| ☒ | Respondent on by |
| | ☒ Personal ☐ Certified Mail ☐ Regular Mail |
| ☐ | Attorney for Respondent by |
| | ☐ Personal ☐ Certified Mail ☐ Regular Mail |
| ☒ | Central Warrants (The Protection Order Depository for All Local Law Enforcement Agencies.) |
| ☒ | The Hamilton County Sheriff's Office |
| ☒ | Police Dept. where Petitioner Resides: |
| ☒ | Police Dept. where Petitioner Works: |
| ☐ | Other |
| ☐ | Other |

FORM 10.03-E *CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER EX PARTE*
Amended April 15, 2021
Discard all previous versions of this form



**Aftab Pureval, Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
www.courtclerk.org

## NOTIFICATION FORM

### CASE INFORMATION

Date: 3.14.22

Case No.: SE 2101244

Caption: ▓▓▓▓▓▓▓▓▓▓ vs ▓▓▓▓▓▓▓▓▓▓

*************************************************************

### ATTORNEY INFORMATION

Attorney Name: Kory Jackson

Attorney Address: Jackson Law Office LLC
Firm

810 Sycamore St.
Street Number

Cinti., OH 45202
City, State, Zip

(513) 338-1999
Phone Number

(513) 621-8703
Fax Number

Kajackson @ cintilaw.net
E-Mail Address

Ohio Attorney Supreme Court No.: 0072572

[ ] Address Change Only

[ ] Request Case Notification / Not a Party Defendant

D134421203

*************************************************************

### COURT PART

Name of Client: ▓▓▓▓▓▓▓▓▓▓           [ ] Plaintiff  [✓] Defendant

Name of Client: ▓▓▓▓▓▓▓▓▓▓           [ ] Plaintiff  [ ] Defendant

Name of Client:                      [ ] Plaintiff  [ ] Defendant

Name of Client:                      [ ] Plaintiff  [ ] Defendant

Name of Client:                      [ ] Plaintiff  [ ] Defendant

Substituted for: _____ (if applicable)

Rev. 08/03/2017

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

## DISMISSED

If a prior Order of the Court provided
protection such Order is now dissolved and
this matter is dismissed.

| Case No. | SK2101244 | | |
|---|---|---|---|
| Magistrate | Bunderger | | |
| County | **HAMILTON** | State | **OHIO** |

**MAGISTRATE'S DECISION AS TO REQUEST
FOR FULL HEARING CIVIL STALKING OR
SEXUALLY ORIENTED OFFENSE PROTECTION
ORDER (SSOOPO) (R.C. 2903.214)
DISMISSED**

ENTERED
JUN 07 2022

**PETITIONER**

FIRST      MIDDLE      LAST

v.   **RESPONDENT**

FIRST      MIDDLE      LAST

---

This proceeding came on for hearing on <u>06/07/2023</u> before the court or the undersigned magistrate pursuant to the *Ex Parte*
Civil Protection Order filed on <u>11/01/2021</u>, in accordance with R.C. 2903.214. The following individuals were present:



**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter and the Respondent will be provided with reasonable notice and opportunity
to be heard within the time required by Ohio law. Additional findings of this order are set forth below:

☐ 1. THE PETITION IS DISMISSED FOR LACK OF SUFFICIENT EVIDENCE.

☐ 2. THE PETITION IS DISMISSED FOR PETITIONER'S FAILURE TO APPEAR.

☐ 3. PETITIONER FILED AGAINST THE WRONG NAMED RESPONDENT.

☒ 4. THE PETITION IS DISMISSED AT PETITIONER'S REQUEST.    00B2916

Petitioner's Signature

**IT IS SO ORDERED**

MAGISTRATE

D135159955

REV. 02/16

## NOTICE

Objections to the Magistrate's Decision must be filed within fourteen days of the filing date of the Magistrate's Decision. If this decision contains findings of fact and conclusions of law, a party shall not assign as error on appeal the court's adoption of any finding of fact or conclusion of law in this decision unless the party timely and specifically objects to that finding or conclusion as required by Civ. R. 53(E)(3).

### ENTRY ADOPTING MAGISTRATE'S DECISION AS INTERIM ORDER

Pursuant to M0200409, this court hereby adopts the Magistrate's Decision, specifically finding that there is no error of law or other defect on the face of the Magistrate's Decision, and grants an Interim Order under Civil Rule 53.

_____          _____
Signature of Attorney for Petitioner (If Applicable)          Signature of Attorney for Respondent (If Applicable)

_____          _____
Print Name & Attorney Registration Number          Print Name & Attorney Registration Number

_____          _____
Address          Address

_____          _____
City, State, Zip          City, State, Zip

_____          _____
Phone          Phone

| | TO THE CLERK:   COPIES OF THIS ORDER SHALL BE DELIVERED TO: | | | |
|---|---|---|---|---|
| ☒ | Petitioner on | | by | |
| | ☒ Personal | ☐ Certified Mail | ☐ | Regular Mail |
| ☒ | Attorney for Petitioner | | by | |
| | ☑ Personal | ☐ Certified Mail | ☐ Regular Mail | |
| ☒ | Respondent on | | by | |
| | ☑ Personal | ☐ Certified Mail | ☐ Regular Mail | |
| ☒ | Attorney for Respondent | | by | |
| | ☑ Personal | ☐ Certified Mail | ☐ Regular Mail | |
| ☒ | Central Warrants (The Protection Order Depository for All Local Law Enforcement Agencies.) | | | |
| ☒ | The Hamilton County Sheriff's Office | | | |
| ☒ | Police Dept. where Petitioner Resides: | | | |
| ☒ | Police Dept. where Petitioner Works: | | | |
| ☐ | Other | | | |
| ☐ | Other | | | |

REV. 02/16

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

ENTERED
JUN 30 2022

COURT OF COMMON PLEAS
ENTER

Judge Terry Nestor
THE CLERK SHALL SERVE NOTICE
TO PARTIES PURSUANT TO CIVIL
RULE 58 WHICH SHALL BE TAXED
SKETCH COSTS HEREIN.

Petitioner

Case No.

vs.

D135361462

Terry Nestor
Judge

Final Entry Adopting
Magistrate's Decision
Dismissing Case

Respondent

The court finding that no objection has been filed herein to the Magistrate's Decision
and that said Magistrate's Decision found that the case should be dismissed, the same is hereby
dismissed.

**MAGISTRATE**

**06/24/2022**

**HAS SEEN**

### NOTICE OF FINAL APPEALABLE ORDER

**THE CLERK SHALL SERVE NOTICE, PURSUANT TO CIVIL RULE 58, TO:**

☐ The petitioner (plaintiff) and his/her attorney;

☐ The respondent (defendant) or his/her attorney;

☒ All parties or attorneys.

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

## DISMISSED

If a prior Order of the Court provided
protection such Order is now dissolved and
this matter is dismissed.

Case No. SK2101244

Magistrate Budling

County [ HAMILTON ]  State OHIO

MAGISTRATE'S DECISION AS TO REQUEST
FOR FULL HEARING CIVIL STALKING OR
SEXUALLY ORIENTED OFFENSE PROTECTION
ORDER (SSOOPO) (R.C. 2903.214)
DISMISSED

ENTERED
JUN 07 2022

PETITIONER

FIRST        MIDDLE        LAST

v.        RESPONDENT

FIRST        MIDDLE        LAST

This proceeding came on for hearing on 06/07/2023 before the court or the undersigned magistrate pursuant to the *Ex Parte* Civil Protection Order filed on 11/01/2021, in accordance with R.C. 2903.214. The following individuals were present:

Mark Wioczorek, counsel for petitioner; Kerry Jackson, counsel for Respondent

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter and the Respondent will be provided with reasonable notice and opportunity to be heard within the time required by Ohio law. Additional findings of this order are set forth below:

☐ 1. THE PETITION IS DISMISSED FOR LACK OF SUFFICIENT EVIDENCE.

☐ 2. THE PETITION IS DISMISSED FOR PETITIONER'S FAILURE TO APPEAR.

☐ 3. PETITIONER FILED AGAINST THE WRONG NAMED RESPONDENT.

☒ 4. THE PETITION IS DISMISSED AT PETITIONER'S REQUEST.   0082916

Petitioner's Signature

Atty For

IT IS SO ORDERED

MAGISTRATE

REV. 02/16

## NOTICE

Objections to the Magistrate's Decision must be filed within fourteen days of the filing date of the Magistrate's Decision. If this decision contains findings of fact and conclusions of law, a party shall not assign as error on appeal the court's adoption of any finding of fact or conclusion of law in this decision unless the party timely and specifically objects to that finding or conclusion as required by Civ. R. 53(E)(3).

### ENTRY ADOPTING MAGISTRATE'S DECISION AS INTERIM ORDER

Pursuant to M0200409, this court hereby adopts the Magistrate's Decision, specifically finding that there is no error of law or other defect on the face of the Magistrate's Decision, and grants an Interim Order under Civil Rule 53.

| | |
|---|---|
| _____ | _____ |
| Signature of Attorney for Petitioner (If Applicable) | Signature of Attorney for Respondent (If Applicable) |
| _____ | _____ |
| Print Name & Attorney Registration Number | Print Name & Attorney Registration Number |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| City, State, Zip | City, State, Zip |
| _____ | _____ |
| Phone | Phone |

| | | | | |
|---|---|---|---|---|
| **TO THE CLERK:** | **COPIES OF THIS ORDER SHALL BE DELIVERED TO:** | | | |
| ☒ | Petitioner on | | by | |
| | ☒ Personal | ☐ Certified Mail | ☐ Regular Mail | |
| ☒ | Attorney for Petitioner | | by | |
| | ☒ Personal | ☐ Certified Mail | ☐ Regular Mail | |
| ☒ | Respondent on | | by | |
| | ☒ Personal | ☐ Certified Mail | ☐ Regular Mail | |
| ☒ | Attorney for Respondent | | by | |
| | ☐ Personal | ☐ Certified Mail | ☐ Regular Mail | |
| ☒ | Central Warrants (The Protection Order Depository for All Local Law Enforcement Agencies.) | | | |
| ☒ | The Hamilton County Sheriff's Office | | | |
| ☒ | Police Dept. where Petitioner Resides: | | | |
| ☒ | Police Dept. where Petitioner Works: | | | |
| ☐ | Other | | | |
| ☐ | Other | | | |

REV. 02/16

HAMILTON COUNTY CLERK OF COURTS
C A S E   C O S T   S T A T E M E N T

CASE NUMBER = SK2101244

Page 1
CMSR501B

D135440533

| CASE NUMBER : SK2101244 | LAST ACTIVITY DATE : 07/11/2022 |
|---|---|
| ▓▓▓▓ vs. ▓▓▓▓ | FILING DATE : 11/01/2021 |

FILING : H960   MENACING BY STALKING -OC

CURRENT JUDGE :       294   TERRY NESTOR                ASSIGN DATE : 11/03/2021
PREVIOUS JUDGE :

Count:     DISPOSITION: 3     DISMISSAL          IMAGE:           DATE: 06/30/2022

NOTE :                                        COST APPL DATE :
                                              APPLIED COSTS: $ 133.00

                                              LAST BILLING DATE :

                                              DEPOSIT MOTION FLAG : N

P A R T Y   R E F E R E N C E

| STATUS DATE | PARTY NBR | PARTY NAME ADDRESS | ATTORNEY NBR | ATTORNEY NAME ADDRESS |
|---|---|---|---|---|
| A 11/01/2021 | D-1 | ▓▓▓▓ | 72572 | KORY A JACKSON |
| | | | | 810 SYCAMORE STREET CINCINNATI OH 45202 |
| A 11/01/2021 | P-1 | ▓▓▓▓ CONFIDENTIAL | Z9997 | PRO SE |
| | | | 82916 | MARK J WIECZOREK 3825 EDWARDS RD SUITE 103 CINCINNATI OH 45209 |

HAMILTON COUNTY CLERK OF COURTS

C A S E   C O S T   S T A T E M E N T

CASE NUMBER ≈ SK2101244

Page 2
CMSR5018

D O C K E T   E N T R I E S

| DOC NBR | ENTRY TYP | DOCK CODE | ENTRY DATE | IMAGE NUMBER | DOCKET DESCRIPTION/ DOCKET COMMENT | AMOUNT | APPLIED |
|---|---|---|---|---|---|---|---|
| 135440533 | C | 8UC2 | 07/11/2022 | | UNCOLLECTED COSTS | -133.00 | Y |
| 135361462 | D | KSK3 | 06/30/2022 | | FINAL ENTRY ADOPTING MAGISTRATE'S DECISION DISMISSING CASE. | 9.00 | Y |
| 135162249 | | JSSS | 06/07/2022 | | SERVICE OF MAGISTRATES DECISION ISSUED TO SHERIFF FOR CENTRAL WARRANTS | | |
| 135159955 | D | ESMD | 06/07/2022 | | MAGISTRATE'S DECISION AS TO REQUEST FOR FULL HEARING CIVIL STALKING OR SEXUALLY ORIENTED OFFENSE PROTECTION ORDER (SSOOPO)(R.C.2903.214) ** DISMISSED ** COPY OF THIS ORDER TO BE SERVED PER INSTRUCTIONS OF THE COURT. | 6.00 | Y |
| 134422089 | | JSSS | 03/15/2022 | | SERVICE OF MAGISTRATES ORDER ISSUED TO SHERIFF FOR CENTRAL WARRANTS | | |
| 134421760 | D | EMOH | 03/15/2022 | | MAGISTRATE'S ORDER CONTINUING FULL HEARING FOR CIVIL PROTECTION ORDER (SERVICE SHALL BE MADE PER INSTRUCTIONS OF THE COURT.) | 16.00 | Y |
| 134421203 | D | FNFF | 03/15/2022 | | NOTIFICATION FORM FILED. KORY JACKSON | 1.00 | Y |
| 134421198 | | IADJ | 03/15/2022 | | INDEX ADJUSTMENT: PARTY NAME CHANGED FROM ████ (TBEN) TO ████ (AISM) | | |
| 133931449 | D | MAIB | 01/20/2022 | | REGULAR MAIL SERVICE ISSUED TO ████ | 3.00 | Y |
| 133931847 | | JSSS | 01/20/2022 | | SERVICE OF MAGISTRATES ORDER ISSUED TO SHERIFF FOR CENTRAL WARRANTS | | |
| 133930950 | D | EMOH | 01/20/2022 | | MAGISTRATE'S ORDER CONTINUING FULL HEARING FOR CIVIL PROTECTION ORDER (SERVICE SHALL BE MADE PER INSTRUCTIONS OF THE COURT.) | 30.00 | Y |
| 133949769 | | JRMC | 01/20/2022 | | CERTIFICATE OF REGULAR MAIL FILED. ████ | | |
| 133428662 | | JSSS | 11/15/2021 | | SERVICE OF MAGISTRATES DECISION ISSUED TO SHERIFF FOR CENTRAL WARRANTS | | |
| 133428620 | D | EMOH | 11/15/2021 | | MAGISTRATE'S ORDER CONTINUING FULL HEARING FOR CIVIL PROTECTION ORDER (SERVICE SHALL BE MADE PER INSTRUCTIONS OF THE COURT.) | 18.00 | Y |
| 133427780 | D | FNFF | 11/15/2021 | | NOTIFICATION FORM FILED. MARK WIECZOREK | 1.00 | Y |

HAMILTON COUNTY CLERK OF COURTS

C A S E   C O S T   S T A T E M E N T

CASE NUMBER = SK2101244

Page 3
CMSR5018

D O C K E T   E N T R I E S

| DOC NBR | ENTRY TYP | DOCK CODE | ENTRY DATE | IMAGE NUMBER | DOCKET DESCRIPTION/ DOCKET COMMENT | AMOUNT | APPLIED |
|---|---|---|---|---|---|---|---|
| 133393490 | D | JRXA | 11/09/2021 | | STALKING RETURNED AND ENDORSED BY HAMILTON ███████ COUNTY SHER IFF; SERVED: PERSONALLY UPON ███████ 11/01/21. SERVED PERSONAL AT UC ART ADMI N. BDG COLL. CONSERVATORY MUSI C | 15.00 | Y |
| 133349718 | | 245 | 11/03/2021 | | JUDGE ASSIGNED CASE ASSIGNED TO NESTOR/TERRY PRIMARY | | |
| 133331997 | | JSSS | 11/01/2021 | | SERVICE OF MAGISTRATES ORDER ISSUED TO SHERIFF FOR CENTRAL WARRANTS, ███████ | | |
| 133331884 | D | ESMP | 11/01/2021 | | CIVIL STALKING OR SEXUALLY ORI ENTED OFFENSE PROTECTION ORDER (SSOO PO) EX PARTE (R.C.2903.214) | 27.00 | Y |
| 133329186 | D | PETF | 11/01/2021 | | PETITION FILED | 4.00 | Y |
| 133329185 | D | FORN | 11/01/2021 | | ORDER OF REFERENCE TO MAGISTRATE PER LOCAL RULE #37. | 0.00 | Y |
| 133329184 | D | FCF | 11/01/2021 | | CLASSIFICATION FORM FILED. | 1.00 | Y |
| 133329183 | P | NDR | 11/01/2021 | | NO DEPOSIT REQUIRED; | 0.00 | Y |

**CASE BALANCE **** CASE BALANCE **** CASE BALANCE ** ===>     0.00

```
            Total Deposits :        0.00
               Total Costs :      133.00
             Total Credits :      133.00 CR
           Total Money Out :        0.00

        Unapplied Deposits :        0.00
           Unapplied Costs :        0.00
```

| Account | Account Name | Amount: | Applied Amount: |
|---|---|---|---|
| 2000-0211 | CLERK FEES | 115.00 | 115.00 |
| 2000-0752 | POSTAGE | 3.00 | 3.00 |
| 2000-0777 | SHERIFF FEES | 15.00 | 15.00 |
| 8002-0001 | UNCOLLECTED COSTS - COUNTY | 133.00 CR | 133.00 CR |
| | | 0.00 | 0.00 |