EXHIBIT B

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JANE ROE, et al. | ) | Case No. 1:22-cv-00376 |
| Plaintiffs, | ) | Judge Matthew W. McFarland |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| UNIVERSITY OF CINCINNATI, | ) | |
| Defendant. | ) | |

**DECLARATION OF ALEXA JUSTICE IN SUPPORT OF DEFENDANT UNIVERSITY OF CINCINNATI'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Alexa Justice, declare as follows:

1. My name is Alexa Justice. I am over the age of 18, of sound mind, and competent to make this declaration and testify to the matters stated within. I am currently an investigator for the University of Cincinnati's ("University") Office of Gender Equity and Inclusion ("OGEI"), and before that I was the Administrative Coordinator for OGEI. I started my tenure with OGEI in January, 2019. I make this declaration based on my personal knowledge.

2. I submit this declaration in connection with the University's Motion to Dismiss the Amended Complaint of Plaintiffs Jane Roe and Karen Soe.

3. A true and accurate copy of email correspondences between an individual I understand to be referred to as Jane Roe for the purposes of this suit and myself are attached as Attachment B-1.

4. A true and accurate copy of email correspondences between Deirdre Carberry and myself are attached as Attachment B-2.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 10/26/2022

Alexa Justice

| | |
|---|---|
| From: | Justice, Alexa (justicaa) <justicaa@ucmail.uc.edu> |
| Sent: | Thursday, March 12, 2020 10:40 AM |
| To: |  ) |
| Subject: | RE: Report in the Office of Gender Equity & Inclusion |

Hi ,

Thank you so much! Feel free to reach out if you all need anything or have any questions.

Best,

**Alexa Justice**
Administrative Coordinator
Office of Gender Equity & Inclusion
University of Cincinnati
513-556-3349
alexa.justice@uc.edu

Pronouns: she/her/hers

The Office of Gender Equity & Inclusion now has a listserv! Please let me know if you'd like to be added.

---

From: ( ) >
Sent: Thursday, March 12, 2020 9:22 AM
To: Justice, Alexa (justicaa) <justicaa@ucmail.uc.edu>
Subject: Re: Report in the Office of Gender Equity & Inclusion

Hi,
I passed the information along when I received it. We all have been very busy with our full schedules and rehearsals. Thank you.

---

From: Justice, Alexa (justicaa) <justicaa@ucmail.uc.edu>
Sent: Thursday, March 12, 2020 9:16:56 AM
To: ( ) >
Subject: RE: Report in the Office of Gender Equity & Inclusion

Dear ,

I am following up to make sure that you have received the information below. No one is obligated to meet with our office—we just want to make sure that they are aware of resources available to them. Would you mind passing this along?

Best,

**Alexa Justice**
Administrative Coordinator

1

Office of Gender Equity & Inclusion
University of Cincinnati
513-556-3349
alexa.justice@uc.edu

Pronouns: she/her/hers

The Office of Gender Equity & Inclusion now has a listserv! Please let me know if you'd like to be added.

---

**From:** Justice, Alexa (justicaa)
**Sent:** Monday, February 24, 2020 4:52 PM
**To:** ███████████ (██████) ██████████████████ >
**Subject:** Report in the Office of Gender Equity & Inclusion

Dear ██████,

I hope that this message finds you well! My name is Alexa Justice, and I am the Administrative Coordinator for the Office of Gender Equity & Inclusion. Our office received a report today that indicated that classmates of yours may have experienced sexual harassment. This email contains some information about resources available on campus—would you mind passing this information along?

If you or anyone you know prefers to speak to a **confidential** resource about your experience, there are two options:
1. (For current students) Counseling and Psychological Services (CAPS) has trained counselors to help students talk through traumatic events, and you can speak with a counselor for free. CAPS can be reached at 513-556-0648.
2. On-Campus Advocates provide confidential support, accompaniment, and advocacy. You can reach the advocates at 513-556-4418 or 513-381-5610, and they are located in 559 Steger Student Life Center.

If at any time you or anyone you know feels unsafe, please contact Public Safety at 513-556-1111 (non-emergency) or call 911 in an emergency. The Victim Services Coordinator, Jenn Rowe, is a great resource and can be reached at 513-556-4905 or jennifer.rowe@uc.edu.

Please see the attached process guide for information related to the Title IX process, and do not hesitate to reach out to our office if you have any questions or concerns. Please also let your friends know that if they need our services we are here and available.

Please feel free to reach out to me if you have any questions!

Best,

**Alexa Justice**
Administrative Coordinator
Office of Gender Equity & Inclusion
University of Cincinnati
513-556-3349
alexa.justice@uc.edu

Pronouns: she/her/hers

The Office of Gender Equity & Inclusion now has a listserv! Please let me know if you'd like to be added.

| | |
|---|---|
| **From:** | Carberry, Deirdre (carberde) <carberde@ucmail.uc.edu> |
| **Sent:** | Friday, March 20, 2020 1:43 PM |
| **To:** | Justice, Alexa (justicaa) |
| **Subject:** | Re: Report to the Office of Gender Equity & Inclusion |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I have not heard from anyone.

---

From: Justice, Alexa (justicaa) <justicaa@ucmail.uc.edu>
Sent: Wednesday, March 18, 2020 11:39 AM
To: Carberry, Deirdre (carberde) <carberde@ucmail.uc.edu>
Subject: Report to the Office of Gender Equity & Inclusion

Dear Deirdre,

I hope that you are healthy and doing well! A few weeks ago you called the Office of Gender Equity & Inclusion regarding some students' concerns with ███████████. I wanted to check in to see if you have received any additional information about the situation since then.

Best,

**Alexa Justice**
Administrative Coordinator
Office of Gender Equity & Inclusion (Title IX)
University of Cincinnati
513-556-3349
alexa.justice@uc.edu