IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE, et al | Case No. 1:22-cv-376 |
| Plaintiffs, | Judge: Matthew W. McFarland |
| v. | |
| UNIVERSITY OF CINCINNATI, | JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS |
| Defendant | |

Pursuant to Local Rule 7.3, and with the assent of all parties, Plaintiffs Jane Roe and Karen Soe and Defendant University of Cincinnati respectfully submit this Joint Motion to Establish a Briefing Schedule for Defendant's Motion to Dismiss (Doc#18).

As grounds for this Motion, the Parties state:

1. Plaintiff's Response to the Motion to Dismiss is currently due on November 18, 2022. Counsel for the Parties require additional time to adequately brief all issues due to other substantial commitments and family commitments related to the upcoming Holidays.

2. Counsel represent that this Motion is not for purposes of delay.

3. The Parties propose the following schedule:

   - November 30, 2022 – Response to Motion to Dismiss
   - December 21, 2022 – Reply to Response to Motion to Dismiss

**Wherefore**, the Court should adopt the briefing schedule proposed by the Parties.

1

Respectfully submitted,

FOR PLAINTIFFS:

/s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
Scott O'Reilly (OH 0075717)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com


FOR DEFENDANTS:

DAVE YOST
ATTORNEY GENERAL OF OHIO


By: /s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
Michael B. Rogers (0098948)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
E-mail:carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com
rogers@carpenterlipps.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Joshua Adam Engel
Joshua Adam Engel (0075769)
