IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE, et al | Case No. 1:22-cv-376 |
| Plaintiffs, | Judge: Matthew W. McFarland |
| v. | |
| UNIVERSITY OF CINCINNATI, | ENTRY RE: |
| Defendant | JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS |

This matter came before the Court on the Joint Motion of Plaintiffs Jane Roe and Karen Soe and Defendant University of Cincinnati to Establish a Briefing Schedule for Defendant's Motion to Dismiss (Doc#18).

For good cause shown, the Motion is GRANTED.

The Court adopts the following schedule:

- November 30, 2022 – Response to Motion to Dismiss
- December 21, 2022 – Reply to Response to Motion to Dismiss

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1