THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JANE ROE, et al. | ) | Case No. 1:22-cv-00376 |
| | ) | |
| Plaintiffs, | ) | Judge Jeffrey P. Hopkins |
| | ) | |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT UNIVERSITY OF CINCINNATI'S**
**<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendant University of Cincinnati ("UC") respectfully submits the following supplemental authority in support of its Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 18) pursuant to Fed. R. Civ. P. 12(b)(6) and states as follows:

1. On February 15, 2023, the United States Court of Appeals for the Sixth Circuit issued a published decision affirming the Southern District of Ohio's Rule 12(b)(6) dismissal of Title IX "retaliation" claims in *Garrett, et al. v. The Ohio State University*, Case Nos. 21-3972, 21-3974, 21-3982, 21-4070, and 21-4128, a copy of which is attached hereto as **Exhibit A**.

2. The Sixth Circuit held in *Garrett* that allegations asserting certain categories of individuals (employees, faculty, staff, former employees, friends and/or benefactors) retaliated does not state a retaliation claim because there is no individual or respondeat superior liability under Title IX. *Id.* at 9 (citing *Bose v. Bea*, 947 F.3d 983, 993 (6th Cir. 2020)).

3. The Sixth also held that "we have not recognized a claim for deliberate indifference to retaliation" under Title IX. *Id.* (citing *Bose*, 947 F.3d at 993; *Gebser v. Lago Vista Indep. Sch. Dist.*, 524 U.S. 274, 290-291 (1998)).

4. The Sixth Circuit additionally held that, "even if we were to [recognize a claim for deliberate indifference to retaliation], plaintiffs have not adequately pleaded that anyone within Ohio State, with power to stop the alleged retaliatory actions, had any knowledge of them." *Id*. (citing *Bose*, 947 F.3d at 993; *Gebser*, 524 U.S. at 290).

Accordingly, UC respectfully submits the *Garrett* decision as supplemental authority, which further supports its Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 18).

Dated:  February 20, 2023                    Respectfully submitted,

                                                  DAVE YOST
                                                  ATTORNEY GENERAL OF OHIO

By:     /s/ Michael H. Carpenter
        Michael H. Carpenter (0015733) (Trial Attorney)
        Timothy R. Bricker (0061872)
        Michael N. Beekhuizen (0065722)
        David J. Barthel (0079307)
        Michael B. Rogers (0098948)
        CARPENTER LIPPS LLP
        280 Plaza, Suite 1300
        280 North High Street
        Columbus, OH 43215
        E-mail: carpenter@carpenterlipps.com
                bricker@carpenterlipps.com
                beekhuizen@carpenterlipps.com
                barthel@carpenterlipps.com
                rogers@carpenterlipps.com

        Special Counsel for Defendant
        University of Cincinnati

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on February 20, 2023. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

One of The Attorneys for
Defendant University of Cincinnati