# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JANE ROE, *ET AL.*,

    *Plaintiffs*,

    v.

UNIVERSITY OF CINCINNATI,

    *Defendant*.

Case No. 1:22-CV-376

Judge Jeffery P. Hopkins

## SCHEDULING ORDER

A preliminary pretrial conference was held by telephone in this case on May 15, 2024. Joshua Engel appeared on behalf of Plaintiffs; David Barthel and Timothy Bricker appeared on behalf of Defendant.

### PERTINENT SETTINGS

1. Required disclosures under Fed. R. Civ. P. 26(a)(1): **May 24, 2024**

2. Settlement demand by Plaintiff upon Defendant to be made: **21 days after the resolution of Defendant's Motion to Dismiss**

3. Deadline for motions to amend pleadings and/or add parties: **Upon leave of Court**

4. Disclosure of lay witnesses: **October 31, 2024**

5. Plaintiffs' expert report(s) and designation(s): **February 3, 2025**

6. Defendant's expert report(s) and designation(s): **April 1, 2025**

7. Rebuttal expert report(s) and designation(s): **May 1, 2025**

8. Telephone status conference to discuss settlement negotiations and alternative dispute resolution mechanisms: **June 18, 2025 at 10:00 AM**

9.  Deadline for discovery: **June 30, 2025**

10. Dispositive motion deadline: **September 8, 2025**

    *Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

11. Final Pretrial Conference: **To be determined**

12. Jury Trial: **To be determined**

**IT IS SO ORDERED**.

Dated: May 15, 2024

Jeffery P. Hopkins
United States District Judge