IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jane Roe, *et al.*, | : |
| *Plaintiffs*, | : Case No. 1:22-cv-376 |
| vs. | : Judge Jeffery P. Hopkins |
| University Of Cincinnati, | : |
| *Defendant*. | : |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), the Court hereby **REFERS** this case to Magistrate Judge Karen L. Litkovitz. The Magistrate Judge is empowered to decide all discovery-related motions and issues. This reference shall terminate on the discovery deadline set forth in the Preliminary Pretrial Conference Order or once all pending discovery disputes are resolved.

**IT IS SO ORDERED.**

September 26, 2024

Jeffery P. Hopkins
United States District Judge