UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jane Roe, et al.,
    Plaintiff(s),
    v.                        Case No. 1:22-cv-376
                                      ( J. Hopkins ; Litkovitz, M.J )

University of Cincinnati,
    Defendant(s)

**ORDER**

The above-captioned case has been set for an Informal Discovery Conference via telephone before the Honorable Karen L. Litkovitz on:

**Friday, November 8, 2024 at 10:00 am** (EST)

Parties are directed to call into the conference line five minutes prior to the start time of the conference.

Conference meeting telephone number: 1-646-828-7666
Meeting ID code: 161 210 5335
Participant ID Passcode: 182823

The parties must submit a **<u>JOINT AGENDA</u>** of the issues to be discussed at the conference **<u>AND</u>** a one - two page summation of their position regarding the outstanding discovery dispute at least **three (3) days** before the scheduled discovery conference.   Parties shall exchange their statements before the conference.

Submit by either fax (513) 564-7691, or email to:
litkovitz_chambers@ohsd.uscourts.gov

        IT IS SO ORDERED.
                                              s/Karen L. Litkovitz
                                              United States Magistrate

cc:    All counsel & Pro-se Parties
awh    October 1, 2024