# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JANE ROE, et al.,<br>    Plaintiffs, | Case No. 1:22-cv-376<br>Hopkins, J.<br>Litkovitz, M.J. |
| vs. | |
| UNIVERSITY OF CINCINNATI,<br>    Defendant. | **ORDER** |

This matter is before the Court following an informal discovery conference held on November 8, 2024.  The following three categories of discovery were discussed: (1) John Doe's application for admission and other related admission documents; (2) disciplinary records and prior investigations of alleged sexual misconduct at the university; and (3) investigations by the Department of Education into how defendant investigates and adjudicates allegations of sexual misconduct.

For the reasons discussed at the conference on the record, the Court orders defendant to produce John Doe's application for admission to the University of Cincinnati's College-Conservatory of Music, and any other documents related to his admission process, in response to plaintiffs' Request for Production No. 17(a).  The remaining two discovery issues, relating to plaintiffs' "before" claim under *Doe v. Metro Gov't of Nashville & Davidson Cty.*, 35 F.4th 459 (6th Cir. 2022), will be discussed further at the follow-up telephone conference scheduled for November 26, 2024, at 3:30 PM.

**IT IS SO ORDERED**.

Date: 11/8/2024

Karen L. Litkovitz
United States Magistrate Judge