IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE, et al | Case No. 1:22-cv-376 |
| Plaintiffs, | Judge: HOPKINS |
| v. | |
| UNIVERSITY OF CINCINNATI, | JOINT MOTION TO MODIFY SCHEDULING ORDER |
| Defendant | |

The Parties, after conferring with the Magistrate Judge concerning discovery and schedules in this matter, jointly request that that Court modify the Scheduling Order (Doc# 33) as follows:

1. Required disclosures under Fed. R. Civ. P. 26(a)(1): Completed

2. Settlement demand by Plaintiff upon Defendant to be made: 21 days after the resolution of Defendant's Motion to Dismiss

3. Deadline for motions to amend pleadings and/or add parties: Upon leave of Court

4. Disclosure of lay witnesses: Completed

5. Plaintiffs' expert report(s) and designation(s): May 2, 2025

6. Defendant's expert report(s) and designation(s): July 25, 2025

7. Rebuttal expert report(s) and designation(s): August 29, 2025

8. Telephone status conference to discuss settlement negotiations and alternative dispute resolution mechanisms: Plaintiffs suggest keeping the June 18, 2025 at 10:00 AM status conference. Defendant suggests moving the status conference to a date convenient to the Court and the parties after the proposed August 29, 2025 deadline to submit rebuttal expert reports (consistent with the current scheduling order, which sets a status conference after rebuttal expert reports are due (ECF No. 33)).

9. Deadline for discovery: September 26, 2025

10. Dispositive motion deadline: December 5, 2025

11. Final Pretrial Conference: To be determined

1

12. Jury Trial: To be determined

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS:

　　　/s/ Joshua A. Engel　　　
Joshua Adam Engel (OH 0075769)
Scott O'Reilly (OH 0075717)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com


ATTORNEYS FOR DEFENDANT:

DAVE YOST
ATTORNEY GENERAL OF OHIO

　　　/s/ Michael Carpenter　　　
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
Michael B. Rogers (0098948)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com
rogers@carpenterlipps.com

Special Counsel for Defendant University of Cincinnati

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF system this December 19, 2024 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel