IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANE ROE, *et al.*, | : |
| *Plaintiff*, | : Case No. 1:22-cv-376 |
| v. | : Judge Jeffery P. Hopkins |
| UNIVERSITY OF CINCINNATI, | : |
| *Defendant*. | : |

# AMENDED SCHEDULING ORDER

A discovery status conference was held by telephone in this case on November 26, 2024. The parties subsequently, and jointly, moved to modify the Scheduling Order (Doc. 33) in this case as follows:

## PERTINENT SETTINGS

| | |
|---|---|
| Settlement demand by Plaintiff upon Defendant to be made by: | **21 days after the resolution of Defendant's Motion to Dismiss** |
| Deadline for motions to amend pleadings and/or add parties: | **Upon leave of Court** |
| Plaintiff's expert report(s) and designation(s): | **May 2, 2025** |
| Telephone status conference to discuss settlement negotiations and alternative dispute resolution mechanisms: | **June 18, 2025 at 10:00 a.m.** |
| Defendant's expert report(s) and designation(s): | **July 25, 2025** |
| Rebuttal expert report(s) and designation(s): | **August 29, 2025** |
| Deadline for discovery: | **September 26, 2025** |
| Dispositive motion deadline: | **December 5, 2025** |

*Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

Final Pretrial Conference: <u>     To be determined     </u>

Jury Trial: <u>     To be determined     </u>

**IT IS SO ORDERED**.

Dated: <u>December 20, 2024</u>

*/s/ Jeffery P. Hopkins*
Jeffery P. Hopkins
United States District Judge