# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JANE ROE ET AL., | ) | Case No. 1:22-cv-00376-MWM |
| | ) | |
| Plaintiffs, | ) | Judge Jeffrey P. Hopkins |
| | ) | |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT UNIVERSITY OF CINCINNATI'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER
### TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Civ. R. 6.1 governing extensions of time, defendant University of Cincinnati ("UC") hereby requests a 7-day extension of time, through and including April 21, 2025, for UC to file its answer to plaintiffs' Amended Complaint filed on September 30, 2022 (ECF No. 15). Pursuant to S.D. Ohio Civ. R. 7.3(a) and section I.B. of this Court's Standing Order, counsel for UC have conferred with counsel for plaintiffs, who has indicated he does not oppose the requested extension.

Plaintiffs commenced this action with the filing of their original complaint on June 30, 2022 (ECF No. 1). On September 19, 2022, UC filed a motion to dismiss plaintiffs' complaint (Doc. 14). In response to UC's motion to dismiss, plaintiffs filed an amended complaint on September 30, 2022 (ECF No. 15). On March 31, 2025, this Court denied UC's motion to dismiss the amended complaint (ECF No. 45). UC's current deadline to file an answer to the amended complaint is April 14, 2025. Fed. R. Civ. P. 15(a)(3).

The short, 7-day extension of the April 14, 2025 deadline, through and including April 21, 2025, is requested to allow counsel for UC adequate time to prepare its answer to plaintiffs' amended complaint, given the number of deadlines UC's counsel faces in other matters. The

extension will not prejudice the parties or the Court or cause undo delay of the proceedings. The requested extension is unopposed.

For the Court's convenience, and pursuant to S.D. Ohio Civ. R. 7.3(a) and 7.4, a proposed order granting this unopposed motion for an extension is attached hereto.

Accordingly, UC respectfully requests that the Court enter an order granting it a 7-day extension of time, through and including April 21, 2025, for UC to file its answer to plaintiffs' Amended Complaint (ECF No. 15).

        Respectfully submitted,

        DAVE YOST
        ATTORNEY GENERAL OF OHIO

By:   /s/ Michael H. Carpenter
       Michael H. Carpenter (0015733) (Trial Attorney)
       Timothy R. Bricker (0061872)
       Michael N. Beekhuizen (0065722)
       David J. Barthel (0079307)
       Michael B. Rogers (0098948)
       CARPENTER LIPPS LLP
       280 Plaza, Suite 1300
       280 North High Street
       Columbus, OH 43215
       E-mail: carpenter@carpenterlipps.com
              bricker@carpenterlipps.com
              beekhuizen@carpenterlipps.com
              barthel@carpenterlipps.com
              rogers@carpenterlipps.com

       Special Counsel for Defendant
       University of Cincinnati

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on April 11, 2025. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant University of Cincinnati*