# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JANE ROE ET AL., ) | Case No. 1:22-cv-00376-MWM |
| ) | |
| Plaintiffs, ) | Judge Jeffrey P. Hopkins |
| ) | |
| v. ) | Magistrate Judge Karen L. Litkovitz |
| ) | |
| UNIVERSITY OF CINCINNATI, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT UNIVERSITY OF CINCINNATI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

Upon review of defendant University of Cincinnati's ("UC") Unopposed Motion for Extension of Time to File Answer to Plaintiffs' Amended Complaint, for good cause shown, the unopposed motion is **GRANTED**. UC's deadline to file its Answer to plaintiffs' Amended Complaint (ECF No. 15) is extended to April 21, 2025.

**IT IS SO ORDERED.**

**Dated: _____**

_____
**JUDGE JEFFREY P. HOPKINS**
**UNITED STATES DISTRICT JUDGE**