IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JANE ROE, et al | Case No. 1:22-cv-376 |
| Plaintiffs, | Judge: HOPKINS |
| v. | |
| UNIVERSITY OF CINCINNATI, | JOINT MOTION TO MODIFY SCHEDULING ORDER |
| Defendant | |

The Parties jointly request that the Court modify the Amended Scheduling Order (Doc#42).

The Parties state an extension of the current case deadlines is needed to complete depositions and resolve other discovery matters following the Court's ruling the Motion to Dismiss. (Doc#45.) The Parties have conferred and agree that extending the time for discovery is appropriate to allow the parties sufficient time to raise outstanding discovery issues with the Magistrate Judge prior to the production of expert reports in light of the Court's Order on the Motion to Dismiss.

Accordingly, the parties jointly recommend the following revised schedule:.

- Settlement demand by Plaintiffs upon Defendant to be made by: 21 days after the resolution of Defendant's Motion to Dismiss (April 21, 2025)

- Telephone status conference to discuss settlement negotiations and alternative dispute resolution mechanisms: June 18, 2025 at 10:00 a.m.

- Plaintiffs' expert report(s) and designation(s):  August 1, 2025

- Defendant's expert report(s) and designation(s):  October 24, 2025

- Rebuttal expert report(s) and designation(s):December 5, 2025

- Deadline for discovery:  January 16, 2026

1

- Dispositive motion deadline: March 31, 2026

- Final Pretrial Conference: To be determined

- Jury Trial: To be determined

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS:

     /s/ Joshua A. Engel
Joshua Adam Engel (OH 0075769)
Scott O'Reilly (OH 0075717)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

ATTORNEYS FOR DEFENDANT:

DAVE YOST
ATTORNEY GENERAL OF OHIO

     /s/ Michael Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
Michael B. Rogers (0098948)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com
rogers@carpenterlipps.com

Special Counsel for Defendant University of Cincinnati

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF system this April 24, 2025 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel