UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANE ROE, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>UNIVERSITY OF CINCINNATI,<br><br>   *Defendant*. | Case No. 1:22-cv-376<br><br>Judge Jeffery P. Hopkins |

## SCHEDULING ORDER

A joint motion to modify the Amended Scheduling Order (Doc. 42) was filed in this case on April 24, 2025 (the "Motion"). Doc. 48. The Parties have conferred and agreed that extending the time for discovery is appropriate to allow the parties sufficient time to raise outstanding discovery issues with the Magistrate Judge prior to the production of expert reports. In light of the Motion, the Court revises its previous Amended Scheduling Order as follows:

### PERTINENT SETTINGS

1. Settlement demand by Plaintiff upon Defendant to be made by: **April 21, 2025**
2. Telephone status conference to discuss settlement negotiations and alternative dispute resolution mechanisms: **June 18, 2025 at 10:00 a.m.**
3. Plaintiff's expert report(s) and designation(s): **August 1, 2025**
4. Defendant's expert report(s) and designation(s): **October 24, 2025**
5. Rebuttal expert report(s) and designation(s): **December 5, 2025**
6. Deadline for discovery: **January 16, 2026**
7. Dispositive motion deadline: **March 31, 2026**

*Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

8. Final Pretrial Conference: **To be determined**

9. Jury Trial: **To be determined**

**IT IS SO ORDERED**.

Dated: April 28, 2025

Jeffery P. Hopkins
United States District Judge