IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANE ROE, *et al.*, | : |
| *Plaintiffs*, | : Case No. 1:22-cv-376 |
| vs. | : Judge Jeffery P. Hopkins |
| UNIVERSITY OF CINICNNATI, | : |
| *Defendant*. | : |

## ORDER OF REFERRAL

This civil action is hereby referred to Magistrate Judge Stephanie K. Bowman for the limited purpose of conducting a settlement conference, or, in the Magistrate Judge's discretion, to be referred to a Court-appointed volunteer mediator under the Court's Attorney-Based Mediation program. *See* https://www.ohsd.uscourts.gov/adr-district-court-mediation.

**IT IS SO ORDERED.**

Date:  June 18, 2025

Hon. Jeffery P. Hopkins
United States District Judge