# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JANE ROE, et al. | ) | Case No. 1:22-cv-00376 |
| | ) | |
| Plaintiffs, | ) | Judge Jeffrey P. Hopkins |
| | ) | |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Parties jointly request that the Court modify the current Scheduling Order, ECF No. 49, PageID 538-39, in a limited fashion. Discovery is currently set to close January 16, 2026. The Parties anticipate that with the exception of expert depositions, all discovery, including the exchange of expert reports, will be completed by that date. The Court and parties have scheduled a Settlement Conference for January 27, 2026. Order Setting Settlement Conference, ECF No. 57, PageID 607-09. The Parties have conferred and agree that extending the discovery deadline for the limited purposes of conducting expert depositions and filing dispositive motions after the Settlement Conference is appropriate in order to avoid incurring additional fees and costs prior to the Settlement Conference. If the case does not settle, the parties will then complete expert depositions and file dispositive motions if appropriate.

Accordingly, the parties jointly request that the Court issue a modified scheduling order as follows:

- Deadline for discovery except expert depositions: January 16, 2026
- Deadline for expert depositions: March 11, 2026
- Dispositive motion deadline: April 27, 2026

- Final Pretrial Conference: To be determined

- Jury Trial: To be determined

        Respectfully submitted,

        ATTORNEYS FOR PLAINTIFFS:

        <u>s/ Joshua Adam Engel by s/ Michael H. Carpenter per email authorization (September 16, 2025)</u>
        Joshua Adam Engel (OH 0075769)
        Scott O'Reilly (OH 0075717)
        ENGEL AND MARTIN, LLC
        4660 Duke Dr., Suite 101
        Mason, OH 45040
        (513) 445-9600
        engel@engelandmartin.com

        ATTORNEYS FOR DEFENDANT:

        DAVE YOST
        ATTORNEY GENERAL OF OHIO

        <u>s/ Michael H. Carpenter</u>
        Michael H. Carpenter (0015733) (Trial Attorney)
        Timothy R. Bricker (0061872)
        Michael N. Beekhuizen (0065722)
        David J. Barthel (0079307)
        Michael B. Rogers (0098948)
        CARPENTER LIPPS LLP
        280 Plaza, Suite 1300
        280 North High Street
        Columbus, OH 43215
        Phone: (614) 365-4100
        Fax: (614) 365-9145
        carpenter@carpenterlipps.com
        bricker@carpenterlipps.com
        beekhuizen@carpenterlipps.com
        barthel@carpenterlipps.com
        rogers@carpenterlipps.com

        Special Counsel for Defendant University of Cincinnati

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on September 16, 2025, and that notice of this filing was sent that same day to the other parties to this case by operation of the Court's electronic filing system.

/s/ Michael H. Carpenter
*One of the Attorneys for*
*Defendant University of Cincinnati*