**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JANE ROE, et al. | ) | Case No. 1:22-cv-00376 |
| | ) | |
| Plaintiffs, | ) | Judge Jeffrey P. Hopkins |
| | ) | |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| UNIVERSITY OF CINCINNATI, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT UNIVERSITY OF CINCINNATI'S
UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEPOSITIONS AND
EXHIBITS RELATED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

At the request of defendant University of Cincinnati ("UC") and with plaintiffs' non-opposition, it is **ORDERED** as follows:

1. UC's Motion for Leave to File Under Seal Depositions and Exhibits Related to Defendant's Motion for Summary Judgment is **GRANTED**.

2. UC may file unredacted versions of all depositions and deposition exhibits in support of its forthcoming summary judgment motion, as well as unredacted versions of the summary judgment motion and related proposed undisputed facts, under seal in their entirety.

3. UC shall file public, redacted versions of its summary judgment motion and related proposed undisputed facts within 14 days after the sealed filings. Counsel for UC and plaintiffs shall confer and attempt to reach agreement regarding appropriate redactions.

**IT IS SO ORDERED.**

**Dated:** _____

_____
**JUDGE JEFFREY P. HOPKINS
UNITED STATES DISTRICT JUDGE**