**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JANE ROE, et al<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CINCINNATI,<br><br>Defendant | Case No. 1:22-cv-376<br><br>Judge: HOPKINS<br><br>UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |

Plaintiffs Jane Roe et al. respectfully requests a ten day extension of time to respond to the Motion for Summary Judgment (Doc.64).

As grounds for this request, Plaintiffs state as follows:

1. The Response to the Motion is due on September 3, 2026. A ten day extension would result in the response being due on September 14, 2026.
2. Counsel for Plaintiff requires additional time to review the record and prepare a response. Counsel also has summary judgment briefing due in other cases.
3. This extension is not requested for the purposes of delay.
4. Counsel for Defendants has indicated no objection to this request.

***Wherefore,*** Plaintiffs should be granted a ten day extension, until September 14, 2026, to respond to the Motion for Summary Judgment (Doc.64).

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS:

/s/ Joshua A. Engel

Joshua Adam Engel (OH 0075769)
Scott O'Reilly (OH 0075717)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF system this August 28, 2026 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel